Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARITZ INC., d/b/a MARITZ LOYALTY MARKETING, <br><br> Defendant. | Case No. CV-07-5585 BZ <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Plaintiff Visa U.S.A. Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

21328\1388100.1

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (Case No. CV-07-5585 BZ)

1.     Visa Inc.

Plaintiff Visa U.S.A. Inc. is a wholly owned subsidiary of Visa Inc. Visa Inc. has a financial interest in this litigation.

DATED: November 19, 2007                FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
        Diego F. Acevedo

Attorneys for Plaintiff
VISA U.S.A. INC.

- 2 -

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (Case No. CV-07-5585 BZ)

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

21328\1388100.1

# PROOF OF SERVICE

## Visa U.S.A. Inc. vs. Maritz, Inc.

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On November 19, 2007, I served a copy of the following document(s):

- **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

☐ by transmitting via e-mail the document(s) listed above to the e-mail addresse(s) set forth below on this date before 5:00 p.m.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by causing to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017
*Agent for Service of Process*

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2007, in San Francisco, California.

*Doris Williams* (signed)
Doris Williams

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

21823\1388233.1