Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>   Defendant. | Case No. CV-07-5585 BZ<br><br>**APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL AUTHORITIES CITED IN VISA USA INC.'S PETITION TO COMPEL ARBITRATION**<br><br>Date: January 2, 2008<br>Time:  10:00 a.m.<br>Courtroom:  G (15th Floor)<br>Hon. Bernard Zimmerman, USMJ |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

APPENDIX OF NON AND UNPUBLISHED FEDERAL
AUTHORITIES ISO VISA's PETITION TO COMPEL
ARBITRATION / CV-07-5585 BZ

21823\1392797.1

**TABLE OF UNPUBLISHED FEDERAL CASES**

**TAB**

*Anderson v. Pitney Bowes, Inc.,*
  2005 WL 1048700 (N.D. Cal. 2005).................................................................................. A

*Bayer CropScience, Inc. v. Limagrain Genetics Corp. Inc.,*
  2004 WL 2931284 (N.D. Ill. Dec. 9, 2004) ........................................................................B

*Poponin v. Virtual Pro, Inc.,*
  2006 WL 2691418 (N.D. Cal. 2006)...................................................................................C

**TABLE OF STATE CASES**

*Dream Theater, Inc. v. Dream Theater,*
  124 Cal. App. 4th 547 (2004) ............................................................................................. D

*Higgins v. Super. Ct.,*
  140 Cal. App. 4th 1238 (2006) ............................................................................................E

*Lagatree v. Luce, Forward, Hamilton & Scripps, LLP,*
  74 Cal. App. 4th 1105 (1999) .............................................................................................F

*Segal v. Silberstein,*
  67 Cal.Rptr.3d 426 (Cal. App. 2d October 29, 2007) ........................................................ G

**TABLE OF RULES**

AAA Commercial Rules
  Rule R-7(a)......................................................................................................................... H

DATED: November 27, 2007

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By:/s/_____
      Robert C. Holtzapple

Attorneys for Plaintiff
  VISA U.S.A. INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPENDIX OF NON AND UNPUBLISHED FEDERAL AUTHORITIES ISO VISA's PETITION TO COMPEL ARBITRATION / CV-07-5585 BZ

1

21823\1392797.1