Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARITZ INC., d/b/a MARITZ LOYALTY MARKETING, <br><br> Defendant. | Case No. CV-07-5585 BZ <br><br> **[PROPOSED] ORDER GRANTING PETITION TO COMPEL ARBITRATION** <br><br><br> Date:  January 2, 2008 <br> Time:  10:00 a.m. <br> Courtroom:  G (15th Floor) <br> Hon. Bernard Zimmerman, USMJ |

     Having reviewed the submissions of the Parties, and considered the arguments of counsel, the Court finds that VISA U.S.A., INC'S PETITION TO COMPEL ARBITRATION should be GRANTED.  Thus the Court Orders as follows:

     1.     The petition to compel arbitration in accordance with the Parties' July 2007 Letter Agreement is hereby GRANTED.

     2.     This action is STAYED pending the conclusion of the Parties' arbitration.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PETITION TO COMPEL ARBITRATION - Case No. CV-07-5585 BZ

21823\1393443.1

1    IT IS SO ORDERED.

3    DATED: _____    _____
                                        Hon. Bernard Zimmerman
4                                       UNITED STATES MAGISTRATE JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PETITION TO COMPEL ARBITRATION - Case No. CV-07-5585 BZ

- 2 -

21823\1393443.1