1  Roderick M. Thompson (State Bar No. 96192)
   rthompson@fbm.com
2  Robert C. Holtzapple (State Bar No. 145954)
   bholtzapple@fbm.com
3  Helen Dutton (State Bar No. 235558)
   hdutton@fbm.com
4  Diego F. Acevedo (State Bar No. 244693)
   dacevedo@fbm.com
5  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA 94104
   Telephone: (415) 954-4400
7  Facsimile: (415) 954-4480

8  Attorneys for Plaintiff
   VISA U.S.A. INC.
9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | VISA U.S.A. INC.,                    | Case No. CV-07-5585 BZ
14 |         Plaintiff,                    | **CERTIFICATE OF SERVICE**
15 |    vs.                                |
16 | MARITZ INC., d/b/a MARITZ             | Date: January 2, 2008
   | LOYALTY MARKETING,                    | Time: 10:00 a.m.
17 |                                       | Courtroom: G (15th Floor)
   |         Defendant.                    | Hon. Bernard Zimmerman, USMJ
18

19      I am a citizen of the United States and employed in San Francisco County, California. I

20 am over the age of eighteen years and not a party to the within-entitled action. My business

21 address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

22      On November 28, 2007, I served a copy of the following document(s):

23  **NOTICE OF PETITION AND PETITION TO COMPEL ARBITRATION**

24  **DECLARATION OF RODERICK M. THOMPSON IN SUPPORT OF PETITION
    TO COMPEL ARBITRATION**
25

26  **APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL AUTHORITIES
    CITED IN VISA USA INC.'S PETITION TO COMPEL ARBITRATION**

27  **[PROPOSED] ORDER GRANTING PETITION TO COMPEL ARBITRATION**

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE
CASE NO. CV-07-5585 BZ

21823\1392335.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

☒    by transmitting via e-mail the document(s) listed above to the e-mail addresse(s) set forth below on this date before 5:00 p.m.

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☒    personal delivery of the document(s) listed above via Specialized Legal Services, 1112 Bryant Street, Suite 200, San Francisco, CA 94103, to the addressee set forth below.

**VIA HAND DELIVERY**

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017
*Agent for Service of Process*

**VIA EMAIL COURTESY COPY**

Charles A. Weiss
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Email: caweiss@bryancave.com

    **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **November 28, 2007**.

/s/ _____

Molly McKay

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400