# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

November 29, 2007

To:   Roderick Manley Thompson
      Diego F. Acevedo
      Robert C. Holtzapple
      Farella Braun & Martel LLP
      235 Montgomery Street, 30th Fl.
      San Francisco, CA 94104

      Helen E. Dutton
      Farella Braun & Martel LLP
      235 Montgomery Street, 17th Floor
      San Francisco, CA 94104


      Re: Visa U.S.A. Inc., v. Maritz Inc., et al.- C07-5585 BZ

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for January 2, 2008 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

     At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                    Sincerely,

                    Richard W. Wieking, Clerk
                    United States District Court


                    By:  /s/ Lashanda Scott
                         Lashanda Scott
                         Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd