POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Diego F. Acevedo, 244693<br>FARELLA, BRAUN & MARTEL<br>Russ Building 235 Montgomery St, 30th Fl<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 954-4400<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: VISA USA INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MARITZ INC. | C 07-05585 BZ |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>21823 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Order Setting Initial Case Mgmt Conference, Standing Orders, Notice of Assignment of Case, ADR Packet

**BY FAX**

3. a. Party served: Maritz Inc.

   b. Person Served: CT Corporation, Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): November 16, 2007    (2) at (time): 3:15 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Maritz Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:            Jimmy Lizama
   b. Address:         One Legal, Inc. - 132-Marin
                       504 Redwood Blvd #223
                       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
          (i)   Employee or independent contractor.
          (ii)  Registration No. 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 20, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                            (SIGNATURE)

Form Adopted for Mandatory Use                                                Code of Civil Procedure, § 417.10
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                   **PROOF OF SERVICE OF SUMMONS**         FF# 6651820

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VISA U.S.A. INC.,

SUMMONS IN A CIVIL CASE

v.

MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,

CASE NUMBER: **BZ**

**CV 07**

**5585**

TO: (Name and address of defendant)
MARITZ INC. d/b/a MARITZ LOYALTY MARKETING
c/o Charles A. Weiss, Esq.
Bryan Cave LLP
211 North Boradway, Suite 3600
St. Louis, MO  63102-2750

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roderick M. Thompson, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

an answer to the complaint which is herewith served upon you, within twenty    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

NOV 2 - 2007
DATE

NDCAO440