NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

DIEGO F. ACEVEDO (SBN 244693)
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A., INC.<br><br>    Plaintiff,<br><br>v.<br><br>MARITZ INC. etc., et al.<br><br>    Defendant. | CASE NUMBER<br>CV-07-5585 BZ<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

NOTICE OF PETITION AND PETITION TO COMPEL ARBITRATION; DECLARATION OF RODERICK M. THOMPSON IN SUPPORT OF PETITION TO COMPEL ARBITRATION; APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL AUTHORITIES CITED IN VISA USA INC.'S PETITON TO COMPEL ARBITRATION; [PROPOSED] ORDER GRANTING PETITION TO COMPEL ARBITRATION; CERTIFICATE OF SERVICE

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : MARITZ INC., d/b/a MARITZ LOYALTY MARKETING

    By serving      : Margaret Wilson, Authorized Agent

    Address         : C.T. Corporation System
                      818 W. 7th Street
                      Los Angeles, CA 90017

    Date of Service : November 28, 2007

    Time of Service : 2:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: November 28, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles
Number 140

Signature: ___Vincent Avila___
                VINCENT AVILA

226374