MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.<br><br>Plaintiff<br><br>vs.<br><br>MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>Defendant. | CIVIL ACTION NO. C07-5585 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20192956.1

DECLINATION TO PROCEED
CASE NO. C:07-5585 BZ

1  to a United States District Judge.

3  Dated: November 30, 2007    MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Ryan S. Hilbert
   Ronald S. Katz (SBN 085713)
   Ryan S. Hilbert (SBN 210549)
   MANATT, PHELPS & PHILLIPS, LLP
   1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
   Telephone:    (650) 812-1300
   Facsimile:    (650) 213-0260
   *Attorneys for Defendant*

20192956.1                2                DECLINATION TO PROCEED
                                           CASE NO. C:07-5587 BZ

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO