**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                      General Court Number
Clerk                                                                                                   415.522.2000

**December 5, 2007**

**CASE NUMBER:  CV 07-05585 BZ**
**CASE TITLE:  VISA USA INC-v-MARITZ INC**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/5/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                       Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                Entered in Computer 12/5/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA