Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>  Defendant. | Case No. CV-07-05585 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Farella Braun & Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104.

On December 6, 2007, I served a copy of the following document(s):

- **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

　X　MAIL - I placed true and correct copies of the above document(s) in sealed envelope(s) addressed to the addressee(s) and I caused each such envelope, with postage thereon fully prepaid, to be deposited for collection and mailing with the U.S. Postal Service pursuant to the ordinary business practice of this office.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE - Case No. CV-07-05585 jsw

21823\1400396.1

| | |
|---|---|
| Charles A. Weiss<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750 | *Counsel for Defendant Maritz Inc.* |
| Ronald S. Katz, Esq.<br>Manatt, Phelps & Phillips, LLP<br>100 Page Mill Road, Building 2<br>Palo Alto, CA  94304 | *Counsel for Defendant Maritz Inc.* |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed in San Francisco, California on **December 6, 2007**.

_____
Alison Brown