MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.<br><br>Plaintiff<br><br>vs.<br><br>MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>Defendant. | CIVIL ACTION NO. C07-5585 JSW<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>[N.D. Local Rule 6-1(a)] |

Plaintiff Visa U.S.A. Inc. ("Visa") and Defendant Maritz Inc. d/b/a Maritz Loyalty Marketing ("Maritz") hereby file this Stipulation to extend the time for Maritz to answer or otherwise file a responsive pleading.

WHEREAS, Visa commenced this action on November 2, 2007 in the U.S. District Court for the Northern District of California, San Francisco division, and caused service of its Complaint to be made on Maritz's registered agent for service of process on or about November 19, 2007.

20193322.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO EXTEND TIME TO
FILE RESPONSIVE PLEADING
CASE NO. C:07-5585 JSW

1  WHEREAS, in light of the above, Martiz's responsive pleading is due on or before December 6, 2007.

WHEREAS, on December 3, 2007, the parties agreed that Maritz could have until January 7, 2008 to answer or otherwise respond to Visa's Complaint, and that Maritz, having on November 30, 2007 declined to consent to the assignment of this case to Magistrate Judge Bernard Zimmerman, would prepare this stipulation as soon as the case was reassigned to a new judge.

WHEREAS, on December 5, 2007, this case was re-assigned from Magistrate Judge Zimmerman to District Court Judge Jeffrey S. White.

NOW, THEREFORE, it is hereby stipulated and agreed to by the Parties, through their respective attorneys of record, that Maritz has until January 7, 2008 to answer or otherwise respond to Visa's Complaint.

Dated:   December 6, 2007          MANATT, PHELPS & PHILLIPS, LLP

By:   /s/ Ryan S. Hilbert
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:      (650) 812-1300
Facsimile:       (650) 213-0260
*Attorneys for Defendant*

Dated:   December 7, 2007          FARELLA BRAUN & MARTEL LLP

By:  /s/ Robert C. Holtzapple
Robert C. Holtzapple (SBN 145954)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:      (415) 954-4400
Facsimile:       (415) 954-4480
*Attorneys for Plaintiff*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

20193322.1                             2                STIPULATION TO EXTEND TIME TO
                                                        FILE RESPONSIVE PLEADING
                                                        CASE NO. C:07-5585 JSW

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO