MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counter-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.<br><br>Plaintiff<br><br>vs.<br><br>MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CIVIL ACTION NO. C07-5585 JSW<br><br>[PROPOSED] ORDER GRANTING MARITZ'S MOTION TO STAY ARBITRATION PENDING DETERMINATION OF ARBITRABILITY<br><br>DATE: Friday, February 8, 2007<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

[PROPOSED] ORDER GRANTING
MARITZ'S MOTION TO STAY
CASE NO. C07-5585 JSW

Having considered the Motion ("Motion") of Defendant Maritz Inc. d/b/a Maritz Loyalty Marketing ("Maritz") to stay arbitration proceedings initiated by Plaintiff Visa U.S.A. Inc. ("Visa") before the American Arbitration Association ("AAA"), the Opposition of Visa, Maritz's Reply, all other papers filed herein, the records of the case, and any oral argument on the Motion, the Court hereby orders as follows:

IT IS HEREBY ORDERED that Arbitration Proceeding No. 74 117 01325 07 NOCA, initiated before the AAA by Visa on November 2, 2007, is hereby STAYED pending further Order from this Court.

IT IS SO ORDERED.

Dated: _____, 2007

_____
Honorable Jeffrey S. White
United States District Court Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] ORDER GRANTING
MARITZ'S MOTION TO STAY
CASE NO. C07-5585 JSW