MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counter-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.<br><br>Plaintiff<br><br>vs.<br><br>MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CIVIL ACTION NO. C07-5585 JSW<br><br>DECLARATION OF RYAN S. HILBERT IN SUPPORT OF MARITZ'S MOTION TO STAY ARBITRATION PENDING DETERMINATION OF ARBITRABILITY<br><br>DATE:   Friday, February 8, 2007<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom 2, 17th Floor<br>JUDGE:  Hon. Jeffrey S. White |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20194116.1

1

DECLARATION OF RYAN S. HILBERT
ISO MARITZ'S MOTION TO STAY
CASE NO. C07-5585 JSW

I, Ryan S. Hilbert, declare as follows:

1. I am an associate with Manatt, Phelps & Phillips, LLP, attorneys of record for Defendant Maritz Inc. d/b/a Maritz Loyalty Marketing ("Maritz"), in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy the letter dated April 20, 2007, to Kelvin Taylor at Maritz from Elizabeth Buse at Visa USA Inc. ("Visa").

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy the letter dated May 7, 2007, to Elizabeth Buse at Visa from Kelvin Taylor from Maritz.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the letters dated June 5, 2007 and July 2, 2007, to Kelvin Taylor at Maritz from Elizabeth Buse at Visa.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the letter dated July 9, 2007, to Steven Gallant, in-house counsel at Maritz, from Roderick Thompson, outside counsel to Visa.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the letter dated July 19 2007, to Steven Gallant at Maritz from Roderick Thompson, outside counsel to Visa, with the Alternative Dispute Resolution Protocol.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the letter dated November 2, 2007, to Charles Weiss, outside counsel to Maritz, from Roderick Thompson, outside counsel to Visa, with the Demand for Arbitration.

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the letter dated November 16, 2007, to Norma Cantu of the American Arbitration Association ("AAA") from Charles Weiss, outside counsel to Maritz.

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of the letter dated November 20, 2007, to Norma Cantu at the AAA from Roderick Thompson, outside counsel to Visa.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20194116.1                                2                         DECLARATION OF RYAN S. HILBERT
                                                                    ISO MARITZ'S MOTION TO STAY
                                                                    CASE NO. C07-5585 JSW

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the letters dated November 26, 2007, December 7, 2007 (two on this date), and December 10, 2007, to Norma Cantu at the AAA from Charles Weiss, outside counsel to Maritz.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the letters dated December 4, 2007 and December 10, 2007 (two on this date), to Norma Cantu from Roderick Thompson, outside counsel to Visa.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the letter dated December 13, 2007, to Roderick Thompson, outside counsel to Visa, and Charles Weiss, outside counsel to Maritz, from Norma Cantu.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 20, 2007.

/s/ Ryan S. Hilbert
Ryan S. Hilbert