# Exhibit K
## to the
## Declaration of Ryan S. Hilbert In Support Of Maritz's Motion To Stay Arbitration Pending Determination Of Arbitrability



# American Arbitration Association
*Dispute Resolution Services Worldwide*

6795 North Palm Ave, 2nd Floor, Fresno, CA 93704
telephone: 877-528-0880 facsimile: 559-490-1919
http://www.adr.org

| | |
|---|---|
| DATE | 12/13/2007 6:05:56 PM |
| TO | Charles A. Weiss Esq. |
| COMPANY | Bryan Cave, LLP |
| ADDRESS | 314-259-2020 |
| FROM | Norma Cantu |
| NUMBER OF PAGES | 3 (Including cover page) |
| RE | Case number: 74 117 01325 07 |
| RECIPIENTS | Charles A. Weiss Esq.; Roderick M. Thompson |

NOTES:

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT) AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Western Case Management Center
John M. Bishop
Vice President
Jeffrey Garcia
Assistant Vice President

6795 North Palm Ave, 2nd Floor, Fresno, CA 93704
telephone: 877-528-0880 facsimile: 559-490-1919
internet: http://www.adr.org/

December 13, 2007

**VIA AAAWEBFILE & FACSIMILE**

Roderick M. Thompson
235 Montgomery Street
17th Floor
San Francisco, CA 94104

Charles A. Weiss, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3300
St. Louis, MO 63102-2750

Re: 74 117 01325 07 NOCA
    VISA U.S.A. Inc.
    VS
    Maritz, Inc. dba Maritz Loyalty Marketing

Dear Parties:

This will acknowledge receipt of the following:

- Letter dated December 4, 2007, from Roderick M. Thompson.
- Letter dated December 7, 2007, from Charles A. Weiss.
- Letter dated December 10, 2007, from Roderick M. Thompson.
- Letter dated December 10, 2007, from Charles A. Weiss.

We note the parties exchanged copies of the aforementioned correspondence.

The Association has not made a determination as to the arbitrability of the above matter, but has determined that the claimant has met the minimum filing requirements; therefore, in the absence the agreement of the parties or a court order staying this matter, the Association will proceed with administration pursuant to the Rules. The parties may wish to raise this issue, upon appointment of the arbitrator.

The AAA serves as a neutral administrative agency and does not generally appear or participate in judicial proceedings relating to arbitration. The AAA should not be named as a party-defendant. The Rules state that the AAA is not a "necessary party". The AAA will abide by an order issued by the courts and the parties are requested to keep us informed as to the outcome.

If you have any questions, please do not hesitate to contact me.

Sincerely,

/s/
Norma Cantu
Case Manager
559-490-1896
cantun@adr.org

*Supervisor Information: Lupe Gonzalez-Baca, 559 650 8019, Gonzalezl@adr.org*