**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA USA, INC., | |
|     Plaintiff, | No. C 07-05585 JSW |
| v. | |
| MARITZ INC, | **ORDER SETTING BRIEFING SCHEDULE** |
|     Defendant. | |

This matter is set for a hearing on February 8, 2008 Defendant's motion to stay arbitration proceedings. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 11, 2008 and a reply brief shall be filed by no later than January 18, 2008..

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 21, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE