1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (California Bar No. 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (California Bar No. 210549)
3  E-mail: rhilbert@manatt.com
   1001 Page Mill Road, Building 2
4  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
5  Facsimile: (650) 213-0260

6  Attorneys for Defendant and Counter-Claimant

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  VISA U.S.A. INC. | CIVIL ACTION NO. C07-5585 JSW |
| 13                    Plaintiff | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION BY MARITZ INC. FOR AN ORDER SHORTENING TIME OR, IN THE ALTERNATIVE, FOR AN ORDER TEMPORARILY STAYING ARBITRATION |
| 15  vs. | |
| 16  MARITZ INC. d/b/a MARITZ LOYALTY MARKETING, | |
| 19                    Defendant. | |
| 20  AND RELATED COUNTERCLAIMS | |

Having considered the *ex parte* application of Defendant and Counterclaimant Maritz Inc. d/b/a Maritz Loyalty Marketing ("Maritz") for an Order expediting this matter so that a hearing can occur by no later than next Friday, January 11, 2008, or, in the alternative, for an Order temporarily staying the arbitration proceeding instituted by Plaintiff and Counterclaim Defendant Visa USA Inc. ("Visa"), the Opposition of Visa, all other papers filed herein, and the records of the case, the Court hereby orders as follows:

___ IT IS HEREBY ORDERED that the briefing schedule for the Motion to Stay Arbitration Pending Determination of Arbitrability ("Motion" or "Motion to Stay"), filed by Maritz on December 20, 2007, be expedited. The new schedule is as follows: the deadline for Visa to oppose Maritz's Motion is _____, and the deadline for Maritz to submit its reply in support of its Motion is _____. The hearing on the Motion will be on _____ at _____ a.m./p.m. in the above-referenced Court.

OR,

___ IT IS HEREBY ORDERED that Arbitration Proceeding No. 74 117 01325 07 NOCA, initiated before the AAA by Visa on November 2, 2007, is hereby STAYED pending further Order from this Court.

IT IS SO ORDERED.

Dated: _____, 2008        _____
                                     Honorable Jeffrey S. White
                                     United States District Court Judge

20194130.1