# Exhibit C
## to the
## Declaration of Ryan S. Hilbert In Support Of *Ex Parte* Application By Maritz Inc. For An Order Shortening Time or, In the Alternative, Temporarily Staying Arbitration



# American Arbitration Association
*Dispute Resolution Services Worldwide*

6795 North Palm Ave, 2nd Floor, Fresno, CA 93704
telephone: 877-528-0880 facsimile: 559-490-1919
http://www.adr.org

| | |
|---|---|
| DATE | 12/20/2007 2:22:05 PM |
| TO | Charles A. Weiss Esq. |
| COMPANY | Bryan Cave, LLP |
| ADDRESS | 314-259-2020 |
| FROM | Norma Cantu |
| NUMBER OF PAGES | 2 (Including cover page) |
| RE | Case number: 74 117 01325 07 |
| RECIPIENTS | Charles A. Weiss Esq.; Roderick M. Thompson, Esq. |

NOTES:

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT) AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Western Case Management Center*
John M. Bishop
Vice President
Jeffrey Garcia
Assistant Vice President

6795 North Palm Ave, 2nd Floor, Fresno, CA 93704
telephone: 877-528-0880 facsimile: 559-490-1919
internet: http://www.adr.org/

December 20, 2007

VIA AAAWEBFILE & FACSIMILE

Roderick M. Thompson
235 Montgomery Street
17th Floor
San Francisco, CA 94104

Charles A. Weiss, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3300
St. Louis, MO 63102-2750

Re: 74 117 01325 07 NOCA
    VISA U.S.A. Inc.
    VS
    Maritz, Inc. dba Maritz Loyalty Marketing

Dear Parties:

After careful consideration of the parties' contentions, the Association has determined the administration of this matter shall be conducted by the Western Case Management Center and hearings will be held in **San Francisco, California.**

As stated in our previous letter dated November 30, 2007, which included the arbitrator list, we encourage the parties to agree on one (1) arbitrator. If you are unable to reach an agreement, please advise the Association on or before **January 4, 2008**. Absent agreement of the parties, we ask each party to strike the names objected to, number the remaining names in order of preference and return the list on or before **January 4, 2008**. The parties are reminded to exchange copies of all correspondence except the checklist for conflicts and this arbitrator list.

The list for selection of arbitrators is also available on-line. The parties may strike and rank their preferences, which will be kept confidential.

If you have any questions, please do not hesitate to contact me.

Sincerely,

/s/
Norma Cantu
Case Manager
559-490-1896
cantun@adr.org

*Supervisor Information: Lupe Gonzalez-Baca, 559 650 8019, Gonzalezl@adr.org*