# Exhibit D
# to the
# Declaration of Ryan S. Hilbert In Support Of *Ex Parte* Application By Maritz Inc. For An Order Shortening Time or, In the Alternative, Temporarily Staying Arbitration



Charles A. Weiss
Direct: 314-259-2215
cweiss@bryancave.com

December 26, 2007

Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2750
Tel (314) 259-2000
Fax (314) 259-2020
www.bryancave.com

**VIA EMAIL, FACSIMILE AND FED EX**

Ms. Norma Cantu
American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno, CA  93704

Re:   *Visa USA / Maritz*
      Case No. 74 117 01325 07 NOCA

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

Dear Ms. Cantu:

Maritz, Inc. has filed a motion with the United States District Court in San Francisco to stay arbitration pending determination of arbitrability by the Court. On Friday, December 21, the Court set a briefing schedule, ordering that Visa's opposition to the motion shall be filed no later than January 11, 2008, and a reply brief shall be filed no later than January 18, 2008. A copy of the Court's Order establishing the briefing schedule is enclosed with this letter.

This is to request that the American Arbitration Association respect the judicial process and stay arbitration proceedings, including the selection of an arbitrator, until the Court rules on Maritz's Motion to Stay Arbitration Pending Determination of Arbitrability.

And Bryan Cave,
A Multinational Partnership,

London

As you can see, the Court established a reasonably prompt briefing schedule and we expect an expeditious determination by the Court.

Please let us know promptly whether or not the American Arbitration Association will stay arbitration proceedings until the Court has an opportunity to decide the pending motion.

Sincerely,

Charles A. Weiss
CAW/cma
Enclosure
cc:   Robert C. Holtzapple

2764638.1