Exhibit E
to the
Declaration of Ryan S. Hilbert In Support Of *Ex Parte* Application By Maritz Inc. For An Order Shortening Time or, In the Alternative, Temporarily Staying Arbitration

Case 3:07-cv-05585-JSW     Document 25-6     Filed 01/02/2008     Page 1 of 3

# FARELLA BRAUN + MARTEL LLP
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

RODERICK M. THOMPSON
rthompson@fbm.com
D 415.954.4445

December 27, 2007

*Via AAA Webfile, E-mail and Facsimile*
cantun@adr.org (559-490-1919)

Norma Cantu
American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno, CA 93704

   Re: 74 117 01325 07 NOCA *Visa USA v. Maritz*

Dear Ms. Cantu:

   This responds to Mr. Weiss' letter to you dated December 26, 2007 in which Maritz asks – for at least the third time – that the above-captioned arbitration be stayed.

   Maritz first requested that the arbitration be stayed in Mr. Weiss' November 16 letter. Explaining that "[t]he Association has carefully reviewed the positions and contentions of the parties as set forth in their correspondence," the AAA rejected Maritz's request: "The claimant has met the filing requirements of the rules by filing a demand for arbitration providing for administration by the American Arbitration Association under its rules. Accordingly, in the absence of an agreement by the parties or a court order staying this matter, the Association will proceed with administration pursuant to its rules." (Your November 30, 2007 letter.)

   Unhappy with that result, Maritz then sent letters to the AAA's General Counsel, repeating the same arguments and again requesting that the arbitration be stayed. The AAA again rejected that request repeating, "in the absence of an agreement by the parties or a court order staying this matter, the Association will proceed with administration pursuant to the Rules." (Your December 13, 2007 letter.)

   On December 20, the AAA made its locale determination: the arbitration hearing will be in San Francisco and not St. Louis as Maritz had advocated. (Your December 20, 2007 letter.) A few hours later that **same day** Maritz filed its motion to stay along with a 41-page Answer and Counterclaim in U.S. District Court. Maritz does not explain why it waited for over six weeks following the filing of the arbitration demand to bring its motion to stay – but it is apparent that it had the motion and counterclaim ready for filing immediately following the AAA's rejection of Maritz's preferred locale.

Norma Cantu
December 27, 2007
Page 2

    Maritz now asks the AAA for a third time to stay the pending arbitration, citing Maritz's recently filed motion to stay and the Court's scheduling order setting a briefing schedule. That order of course is *not* a ruling on the merits or an "order staying this matter." Although Mr. Weiss argues that "we can expect an expeditious determination by the Court" of Maritz's motion, Maritz's motion will not be heard until February 8, 2008, still more than six weeks away, which is more than the normal 35 days notice period provided by the local rules. (Local Rule 7-2 motions to be noticed for "hearing not less than 35 days after service of the motion.)

    We therefore respectfully request that the American Arbitration Association reiterate its decision set forth in your November 30 and December 13 letters and proceed with the process of appointing an arbitrator in accordance with its rules.

    We appreciate your courtesy and attention. Please let me know should you have any questions.

Very truly yours,

Roderick M. Thompson

RMT:avd

Enclosure

cc:    Charles A. Weiss

21823\1413958.1