**Exhibit F
to the
Declaration of Ryan S. Hilbert In Support Of *Ex Parte* Application By Maritz Inc. For An Order Shortening Time or, In the Alternative, Temporarily Staying Arbitration**



Charles A. Weiss
Direct: 314-259-2215
cweiss@bryancave.com

December 28 2007

**VIA EMAIL AND FACSIMILE**

Ms. Norma Cantu
American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno, CA 93704

Re: *Visa USA / Maritz*
Case No. 74 117 01325 07 NOCA

Dear Ms. Cantu:

In my letter to you dated December 26, 2007, Maritz requested a Stay of Arbitration proceedings pending the decision of the Federal District Court in San Francisco on Maritz's Motion to Stay Arbitration Pending Determination of Arbitrability.

Please regard this as a supplement to that request. AAA R-38 expressly provides that AAA "may for good cause extend any period of time established by the rules, except the time for making the award." Maritz hereby requests an extension of time for the selection of an arbitrator to at least February 18, 2008, to allow the Court time to rule on Maritz's motion pending before it.

It is Maritz's position that the issue of arbitrability is for the Court, as shown in Maritz's previous letters to the AAA. Since this issue is now pending before the San Francisco Federal District Court in the suit initiated by Visa, Maritz believes that the Court should have a reasonable opportunity to decide the matter.

Maritz makes this request without prejudice to, and without waiving, its continuing objections to proceeding with the arbitration.

We appreciate your consideration of this request. If you need anything further from us or have any questions, please let me know.

Sincerely,

Charles A. Weiss
CAW/ymf
cc: Robert C. Holtzapple
Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2750
Tel (314) 259-2000
Fax (314) 259-2020
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

2766722.1

 **FARELLA BRAUN + MARTEL** LLP

Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

RODERICK M. THOMPSON
rthompson@fbm.com
D 415.954.4445

December 28, 2007

*Via AAA Webfile, E-mail and Facsimile*
cantun@adr.org; (559-490-1919)

Norma Cantu
American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno, CA  93704

Re:  74 117 01325 07 NOCA *Visa USA v. Maritz*

Dear Ms. Cantu:

This responds to Mr. Weiss' letter to you of today, in which Maritz asked - now at least for the fourth time – that the above captioned arbitration be stayed.

This time, Maritz cites AAA Commercial Rule 38, which allows the arbitrator (or the AAA) to extend "for good cause" for any period "established by the rules." Mr. Weiss requests that the already-extended time for selection of the arbitrator be extend from January 4 to February 18, 2008, citing only the fact that Maritz has pending with the Court a motion to stay the arbitration that is set for hearing on February 8, that same basis as was argued for Maritz's last request for a stay.

On November 30, 2007, the AAA sent out its list of 10 arbitrators to the parties for selection, setting December 17, 2007 as the last date for response. Visa timely submitted its list. On December 20, the AAA made its determination that San Francisco is the appropriate locale, and extended the selection date for arbitrators to January 4, 2008. There is no justification for any further delay; for all the reasons outlined in my letter to you of yesterday, Maritz's latest request for delay should be denied.

Very truly yours,

Roderick M. Thompson

RMT:avd
cc:  Charles Weiss
21823\1415084.1