# Exhibit G
## to the
## Declaration of Ryan S. Hilbert In Support Of *Ex Parte* Application By Maritz Inc. For An Order Shortening Time or, In the Alternative, Temporarily Staying Arbitration

## Hilbert, Ryan

**From:** Hilbert, Ryan
**Sent:** Monday, December 31, 2007 3:40 PM
**To:** BHoltzapple@fbm.com
**Cc:** Katz, Ron
**Subject:** Visa v. Maritz

Bob:

As you know, on December 20, 2007, Maritz filed a Motion to Stay the Arbitration instituted by Visa. On December 21, the Court issued an Order setting forth its own briefing schedule for Maritz's Motion. Given Visa's continued insistence on moving forward with the arbitration despite Maritz's pending Motion to Stay, this is to inform you that on January 2, Maritz will be applying *ex parte* for an Order temporarily staying the arbitration until the Court issues a ruling on Maritz's Motion to Stay.

Very truly yours,
Ryan

Ryan S. Hilbert
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Tel: (650) 812-1347
Fax: (650) 213-0260

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at rhilbert@manatt.com <mailto:rhilbert@manatt.com> or by telephone at (650) 812-1347, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

1/2/2008