Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARITZ INC., d/b/a MARITZ LOYALTY MARKETING, <br><br> Defendant. | Case No. CV-07-5585 JSW <br><br> **APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL AUTHORITIES CITED IN VISA USA INC.'S MOTION TO STAY ACTION AND TO COMPEL ARBITRATION** <br><br> Date:  February 8, 2008 <br> Time:  9:00 a.m. <br> Courtroom:  2 (17th Floor) <br> Hon. Jeffrey S. White |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

APPENDIX OF NON AND UNPUBLISHED FEDERAL
AUTHORITIES ISO VISA'S MOTION TO STAY ACTION
AND TO COMPEL ARBITRATION / CV-07-5585 JSW

21823\1416857.1

## TABLE OF UNPUBLISHED FEDERAL CASES

**TAB**

*Anderson v. Pitney Bowes, Inc.*,
    2005 WL 1048700 (N.D. Cal. 2005).................................................................................A

*Avue Techs. Corp. v. DCI Group, LLC*,
    2006 WL 1147662 (D.D.C. Apr. 28, 2006) .......................................................................B

*Bayer CropScience, Inc. v. Limagrain Genetics Corp. Inc.*,
    2004 WL 2931284 (N.D. Ill. Dec. 9, 2004).......................................................................C

*Packeteer, Inc. v. Valencia Sys.*,
    2007 WL 707501 (N.D. Cal. March 2007) .......................................................................D

*Poponin v. Virtual Pro, Inc.*,
    2006 WL 2691418 (N.D. Cal. 2006)..................................................................................E

*Santana Row Hotel Partners, LP v. Zurich Am. Ins. Co.*,
    2007 WL 914464 (N.D. Cal. 2007)....................................................................................F

*Susai v. Jagadeesh*
    2007 WL 1742870 (N.D. Cal. June 14, 2007) ..................................................................G

*Way Servs., Inc. v. Adecco N. Am., LLC*,
    2007 WL 1775393 (E.D. Pa. Jun. 18, 2007) .....................................................................H

## TABLE OF STATE CASES

*Chase Chem. Co. v. Hartford Accident & Indem. Co.*,
    159 Cal. App. 3d 229 (1984).............................................................................................I

*Dream Theater, Inc. v. Dream Theater*,
    124 Cal. App. 4th 547 (2004) ............................................................................................J

*Jones v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*,
    604 So.2d 332 (1991) ....................................................................................................... K

*Segal v. Silberstein*,
    67 Cal. Rptr. 3d 426 (Cal. App. 2d October 29, 2007) .....................................................L

*Shafer v. Berger, Kahn, Shafton, Moss, Figler & Gladstone*,
    107 Cal. App. 4th 54 (2003) ............................................................................................M

## TABLE OF RULES

AAA Commercial Rules
    Rule R-7(a)....................................................................................................................... N

26 Williston on Contracts § 69:16 (4th ed. 2007)........................................................................ O

Restatement (Second) of Contracts § 161 (2007) ........................................................................P

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPENDIX OF NON AND UNPUBLISHED FEDERAL
AUTHORITIES ISO VISA'S MOTION TO STAY ACTION
AND COMPEL ARBITRATION / CV-07-585 JSW

1

21823\1416857.1

1  DATED: January 4, 2007

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By: /s/
    Roderick M. Thompson

Attorneys for Plaintiff VISA U.S.A. INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPENDIX OF NON AND UNPUBLISHED FEDERAL
AUTHORITIES ISO VISA'S MOTION TO STAY ACTION
AND COMPEL ARBITRATION / CV-07-585 JSW

2

21823\1416857.1