1   Roderick M. Thompson (State Bar No. 96192)
    rthompson@fbm.com
2   Robert C. Holtzapple (State Bar No. 145954)
    bholtzapple@fbm.com
3   Helen Dutton (State Bar No. 235558)
    hdutton@fbm.com
4   Diego F. Acevedo (State Bar No. 244693)
    dacevedo@fbm.com
5   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
6   San Francisco, CA  94104
    Telephone:  (415) 954-4400
7   Facsimile:  (415) 954-4480

8   Attorneys for Plaintiff
    VISA U.S.A. INC.
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  VISA U.S.A. INC.,                          Case No. CV-07-5585 JSW

14              Plaintiff,                      **DECLARATION OF RODERICK M.
                                                THOMPSON IN SUPPORT OF VISA U.S.A**
15      vs.                                     **INC.'S OPPOSITION TO MARITZ INC'S**
                                                **EX PARTE APPLICATION FOR AN**
16  MARITZ INC., d/b/a MARITZ                   **ORDER SHORTENING TIME OR IN THE**
    LOYALTY MARKETING,                          **ALTERNATIVE FOR A TEMPORARY**
17                                              **STAY OF THE ARBITRATION**
                Defendant.
18

19

20          I, Roderick M. Thompson, declare as follows:

21          1.      I am an attorney licensed to practice law in the State of California, and a partner

22  with the law firm of Farella Braun + Martel LLP, counsel for Plaintiff Visa U.S.A. Inc. ("Visa")

23  in this action.  I have first hand knowledge of the following facts; if called as a witness, I would

24  testify to the same.

25          2.      On November 2, 2007 Visa filed this action, seeking to compel Maritz to arbitrate

26  certain disputes that arose from the parties' earlier contractual relationship.  The same day, Visa

27  also filed a demand for arbitration with the American Arbitration Association.

28

Decl. of Thompson ISO Visa's Opp. Ex Parte App. for
Order Shortening Time or for Temp. Stay of Arbitration                    21823\1416983.1
Case No. CV-07-5585 JSW

3.      Attached hereto as Exhibit A is a true and correct copy of a November 30, 2007 letter from the AAA to the parties.

4.      Attached hereto as Exhibit B is a true and correct copy of a January 2, 2008 letter from AAA to the parties.

5.      Attached hereto as Exhibit C is a true and correct copy of an excerpt from the AAA Commercial Arbitration Rules.

6.      Visa opposes Maritz's *ex parte* application.  The grounds for Visa's opposition are set forth in the accompanying memorandum.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2008, at San Francisco, California.


/s/ Roderick M. Thompson
Roderick M. Thompson

Decl. of Thompson ISO Visa's Opp. Ex Parte App.
for Order Shortening Time or for Temp. Stay of
Arbitration
Case No. CV-07-5585 JSW

- 2 -

21823\1416983.1

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400