IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA USA, INC., | |
|     Plaintiff, | No. C 07-05585 JSW |
| v. | |
| MARITZ INC, | **ORDER DENYING *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME OR FOR A TEMPORARY STAY** |
|     Defendant. | |

The Court has received the parties' briefs on the pending *ex parte* application for an order shortening time or to stay the arbitration proceedings filed by Defendant Maritz, Inc. Having considered the arguments submitted by the parties, the administrative motion is DENIED. The application is insufficient as a motion to stay the arbitration proceedings, which motion shall be heard, as duly noticed, on February 8, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE