1   Roderick M. Thompson (State Bar No. 96192)
      rthompson@fbm.com
2   Robert C. Holtzapple (State Bar No. 145954)
      bholtzapple@fbm.com
3   Helen Dutton (State Bar No. 235558)
      hdutton@fbm.com
4   Diego F. Acevedo (State Bar No. 244693)
      dacevedo@fbm.com
5   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
6   San Francisco, CA  94104
    Telephone:  (415) 954-4400
7   Facsimile:  (415) 954-4480

8   Attorneys for Plaintiff
    VISA U.S.A. INC.

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  VISA U.S.A. INC.,                          Case No. CV-07-5585 JSW

14              Plaintiff,                      **STIPULATION TO EXTEND VISA'S
                                                TIME TO FILE A RESPONSIVE
15       vs.                                    PLEADING TO MARITZ'S
                                                COUNTERCLAIMS**
16  MARITZ INC., d/b/a MARITZ
    LOYALTY MARKETING,
17
                Defendant.                      [N.D. Local Rule 6-1(a)]
18

19  AND RELATED COUNTERCLAIMS

20

21          Plaintiff and Counter-Defendant Visa U.S.A. Inc. ("Visa") and Defendant and Counter-

22  Claimant Maritz Inc. d/b/a Maritz Loyalty Marketing ("Maritz") hereby file this Stipulation

23  extending Visa's time to file a responsive pleading to Maritz's Counterclaims.

24          WHEREAS, on January 2, 2008, Defendant and Counter-Claimant Maritz served Plaintiff

25  and Counter-Defendant Visa with an Answer and Related Counterclaims in the above-captioned

26  case;

27          WHEREAS, Visa's Reply to Maritz's Counterclaim is due on January 22, 2008;

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

21823\1420634.1

Stipulation To Extend Visa's Time To File A Responsive Pleading To Maritz's Counterclaims – Case No. CV-07-5585 JSW

1        WHEREAS, the parties have agreed that Visa's time to respond should be extended to

2   February 21, 2008.

3        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

4   attorneys of record that Plaintiff and Counter-Defendant Visa will have to and including February

5   21, 2008, to serve and file its response to Maritz's counterclaims.

8   DATED:  January 8, 2008           FARELLA BRAUN & MARTEL LLP

                                                  By:  /s/ Roderick M. Thompson

10                                  Roderick M. Thompson

11                         Attorneys for Plaintiff and Counter-Defendant
VISA U.S.A. INC.

14   DATED:  January 8, 2008           MANATT, PHELPS & PHILLIPS, LLP

16                         By:  /s/ Ronald S. Katz

                                           Ronald S. Katz

17                         Attorneys for Defendant and Counter-Claimant
Maritz Inc. d/b/a Maritz Loyalty Marketing

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400

- 2 -                 21823\1420634.1