MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counter-Claimant
MARITZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>               Plaintiff,<br><br>vs.<br><br>MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>               Defendant. | CIVIL ACTION NO. C07-5585 JSW<br><br>[PROPOSED] ORDER GRANTING MARITZ INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE THE HEARING DATE ON VISA U.S.A. INC'S MOTION TO COMPEL ARBITRATION; AND *EX PARTE* APPLICATION FOR DISCOVERY |
| AND RELATED COUNTERCLAIMS | |

1  Having considered the miscellaneous administrative request and *ex parte* application of Defendant and Counterclaimant Maritz Inc. ("Maritz") for an Order continuing the hearing date on the January 4, 2008 Motion to Stay Action and to Compel Arbitration ("Motion") of Plaintiff and Counterclaim Defendant Visa USA Inc. ("Visa") and for leave to conduct discovery, the Opposition of Visa, all other papers filed herein, and the records of the case, the Court hereby orders as follows:

IT IS HEREBY ORDERED that the hearing on Visa's Motion, currently scheduled for February 8, 2008, is continued for a period of not less than sixty (60) days, to _____, 2008.

IT IS HEREBY FURTHER ORDERED that Maritz is allowed to immediately begin conducting discovery in the form of a document production request and by taking the depositions of Tad Fordyce and Elizabeth Buse (and perhaps Tim Attinger) of Visa, John McCarthy of Inovant, and Rule 30(b)(6) corporate representatives of Visa.

IT IS SO ORDERED.

Dated: _____, 2008        _____
                                        Honorable Jeffrey S. White
                                        United States District Court Judge