MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counter-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.<br><br>Plaintiff<br><br>vs.<br><br>MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CIVIL ACTION NO. C07-5585 JSW<br><br>DECLARATION OF RYAN S. HILBERT IN SUPPORT OF MARITZ INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE THE HEARING DATE ON VISA U.S.A. INC'S MOTION TO COMPEL ARBITRATION AND *EX PARTE* APPLICATION FOR DISCOVERY |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20195043.1                     1                     DECLARATION OF RYAN S. HILBERT
ISO MARITZ'S EX PARTE MOTION
CASE NO. C07-5585 JSW

I, Ryan S. Hilbert, declare as follows:

1. I am an associate with Manatt, Phelps & Phillips, LLP, attorneys of record for Defendant Maritz Inc. d/b/a Maritz Loyalty Marketing ("Maritz"), in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of an e-mail string dated January 10-11, 2008 between counsel for each of the parties.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an e-mail string dated between November 30, 2007 and December 7, 2007 among counsel for each of the parties. This e-mail string is the e-mail to which Mr. Thompson refers in his e-mail dated January 10, 2008 (which is included in the e-mail string attached as Exhibit A hereto).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on January 11, 2008.

                                                    /s/ Ryan S. Hilbert
                                                       Ryan S. Hilbert

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20195043.1

2

DECLARATION OF RYAN S. HILBERT
ISO MARITZ'S EX PARTE MOTION
CASE NO. C07-5585 JSW