1  Roderick M. Thompson (State Bar No. 96192)
   rthompson@fbm.com
2  Robert C. Holtzapple (State Bar No. 145954)
   bholtzapple@fbm.com
3  Helen Dutton (State Bar No. 235558)
   hdutton@fbm.com
4  Diego F. Acevedo (State Bar No. 244693)
   dacevedo@fbm.com
5  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 954-4400
7  Facsimile:  (415) 954-4480

8  Attorneys for Plaintiff
   VISA U.S.A. INC.

9

10                     UNITED STATES DISTRICT COURT FOR THE

11                       NORTHERN DISTRICT OF CALIFORNIA

12

13

14  VISA U.S.A. INC.,                         Case No. CV-07-5585 JSW

                    Plaintiff,                **APPENDIX OF NON-FEDERAL AND
15                                            UNPUBLISHED FEDERAL
                                              AUTHORITIES CITED IN VISA USA
16       vs.                                  INC.'S OPPOSITION TO MARITZ INC.'S
                                              MOTION TO STAY ARBITRATION**
17  MARITZ INC., d/b/a MARITZ
    LOYALTY MARKETING,                        Date:  February 8, 2008
18                                            Time:  9:00 a.m.
                    Defendant.                Courtroom:  2 (17th Floor)
19                                            Hon. Jeffrey S. White

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

APPENDIX OF NON- AND UNPUBLISHED FEDERAL
AUTHORITIES IN VISA'S OPP TO MARITZ' MOTION
TO STAY CV-07-5585 JSW

21823\1421945.1

1

## TABLE OF UNPUBLISHED FEDERAL CASES

2

<u>TAB</u>

3

*Avue Techs. Corp. v. DCI Group, LLC*,
    2006 WL 1147662 (D.D.C. Apr. 28, 2006) ...................................................... A

4

*Poponin v. Virtual Pro, Inc.*,
    2006 WL 2691418 (N.D. Cal. 2006)................................................................... B

5

6

*Santana Row Hotel Partners, LP v. Zurich Am. Ins. Co.*,
    2007 WL 914464 (N.D. Cal. 2007)................................................................... C

7

*Vincent Consolidated Commodities, Inc., v. American Trading and Transfer*,
    2007 U.S. Dist. LEXIS 53680 (S.D. Cal. 2007) ............................................... D

8

9

*Way Servs., Inc. v. Adecco N. Am., LLC*,
    2007 WL 1775393 (E.D. Pa. Jun. 18, 2007)..................................................... E

10

11

## TABLE OF STATE CASES

12

*Brownlee v. Vang*,
    235 Cal.App.2d 465 (1965) .............................................................................. F

13

*Cicone v. URS Corp.*,
    183 Cal.App.3d 194 (1986)................................................................................ G

14

15

*Engalla v. Permanente Medical Group, Inc.*,
    15 Cal.4th 951 (1997) ....................................................................................... H

16

17

*Jones v. Merrill Lynch*,
    604 So.2d 332 (1991).......................................................................................... I

18

19

*People v. Highland Fed. Sav. & Loan*,
    14 Cal.App.4th 1692 (1993) .............................................................................. J

20

*South Tahoe Gas Co. v. Hofmann Land Improvement Co.*,
    25 Cal.App.3d 750 (1972)................................................................................. K

21

22

*Warner Constr. Corp. v. City of Los Angeles*,
    85 Cal. Rptr. 444 (1970) ................................................................................... L

23

## TABLE OF RULES

24

AAA Commercial Rules
    Rule R-7(a)........................................................................................................M

25

26

27

28

APPENDIX OF NON- AND UNPUBLISHED FEDERAL
AUTHORITIES IN VISA'S OPP TO MARITZ' MOTION TO
STAY CV-07-5585 JSW

1

21823\1421945.1

1

## <u>OTHER AUTHORITIES</u>

Martin Domke, DOMKE ON COMMERCIAL ARBITRATION § 22.5 (3 ed. 2007) ................ N

26 Williston on Contracts § 69:16 (4th ed. 2007) .......................................................... O

Restatement (Second) of Contracts § 161 (2007) ........................................................ P

DATED:  January 11, 2007

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By:  <u>/s/ Roderick M. Thompson</u>
            Roderick M. Thompson

Attorneys for Plaintiff VISA U.S.A. INC.

APPENDIX OF NON- AND UNPUBLISHED FEDERAL
AUTHORITIES IN VISA'S OPP TO MARITZ' MOTION TO
STAY CV-07-5585 JSW

2

21823\1421945.1