Martin R. Lueck (MN Bar No.155548)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:     612-339-4181
E-mail:         mrlueck@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800
E-mail:         edle@rkmc.com

Attorneys for Counterclaim Defendant
CARLSON MARKETING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., | Case No.  CV 07-05585 JSW |
| Plaintiff, | [Assigned to the Hon. Jeffrey S. White] |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR CARLSON MARKETING GROUP, INC. TO RESPOND TO COUNTERCLAIM** |
| MARITZ, INC., d/b/a MARITZ LOYALTY MARKETING, | |
| Defendant. | |
| MARITZ, INC., d/b/a MARITZ LOYALTY MARKETING, | |
| Counterclaimant, | |
| v. | |
| VISA U.S.A. INC. and CARLSON MARKETING GROUP, INC. | |
| Counterclaim Respondents. | |

IT IS HEREBY STIPULATED by and among Counterclaimant MARITZ, INC., d/b/a MARITZ LOYALTY MARKETING and Counterclaim Respondent CARLSON MARKETING GROUP, INC. ("Carlson") that Carlson shall have an extension of time up to and including February 18, 2008, to answer, move, or otherwise respond to the Counterclaim herein.

This is the first extension of time to respond to the Counterclaim in this action. This extension does not alter the date of any event or deadline already fixed by Court order. Thus, pursuant to Local Rule 6-1(a), this extension does not require court approval.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Elizabeth D. Le hereby attests that the signatories' concurrence in the filing of this document has been obtained.

DATED: January 14, 2008          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Elizabeth D. Le
      Martin R. Lueck
      Elizabeth D. Le

*Attorneys for Defendant Carlson Marketing Group, Inc.*

DATED: January 14, 2008          **MANATT, PHELPS & PHILLIPS LLP**

By:   /S/ Ryan S. Hilbert
      Ronald S. Katz
      Ryan S. Hilbert

*Attorneys for Counterclaimant Maritz, Inc., d/b/a Maritz Loyalty Marketing*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **STIPULATION FOR EXTENSION OF TIME FOR CARLSON MARKETING GROUP, INC. TO RESPOND TO COUNTERCLAIM** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Ronald Stanley Katz, Esq.
Ryan S. Hilbert, Esq.
Manatt, Phelps & Phillips LLP
1001 Page Mill Road
Building 2
Palo Alto, CA 94304-1006
*Attorneys for Defendant and Counterclaimant Maritz, Inc., d/b/a Maritz Loyalty Marketing*

Roderick Manley Thompson, Esq.
Diego F. Acevedo, Esq.
Robert C. Holtzapple, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 30th Fl.
San Francisco, CA 94104
*Attorneys for Plaintiff and Counterclaim Respondent Visa U.S.A. Inc.*

Helen E. Dutton, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Fl.
San Francisco, CA 94104
*Attorneys for Plaintiff and Counterclaim Respondent Visa U.S.A. Inc.*

Date: January 14, 2007     By:  /S/ Elizabeth D. Le
                                ELIZABETH D. LE

LA1 60153714.1     - 3 -     STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM
CV 07-05585 JSW