1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VISA U.S.A. INC.,                          Case No. CV-07-5585 JSW

12              Plaintiff,                       **[PROPOSED] ORDER DENYING MARITZ
                                                 INC.'S ADMINISTRATIVE REQUEST TO
13        vs.                                    CONTINUE THE HEARING DATE ON
                                                 VISA U.S.A. INC.'S MOTION TO
14   MARITZ INC., d/b/a MARITZ                   COMPEL ARBITRATION; AND *EX
     LOYALTY MARKETING,                          PARTE* APPLICATION FOR DISCOVERY**
15
                Defendant.
16

17

18        Now before the Court is Defendant Maritz Inc.'s ("Maritz's") *ex parte* application seeking

19   expedited discovery regarding its fraudulent inducement claim and administrative request to

20   continue Visa U.S.A. Inc.'s ("Visa's") February 8, 2008 hearing date by 60 days. Having

21   carefully reviewed the submissions of the Parties, and the relevant legal authority, and good cause

22   appearing, Defendant's ex parte application and administrative request are hereby DENIED.

23        Maritz has failed to establish grounds justifying *ex parte* relief, in that it has not

24   demonstrated that its own delay did not create the "crisis" purportedly requiring *ex parte* relief.

25   *See Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

26   Maritz has further failed to carry its burden to show any genuine issue of material fact to warrant

27   expedited discovery relating to its fraudulent inducement issue or to demonstrate that Visa had

28   any duty to disclose the amount of its claimed damages prior to execution of the Letter

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROP.] ORDER DENYING MARITZ ADMIN. REQUEST TO
CONTINUE HEARING ON VISA'S MOTION TO COMPEL ARB.; &
*EX PARTE* APP. FOR DISCOVERY / Case No. CV-07-5585 JSW                    21823\1427414.1

1    Agreement.  *See People v. Highland Fed. Sav. & Loan*, 14 Cal. App. 1692, 1718-19 (1993).

2         Accordingly, the Court Orders as follows:

3         1.    Maritz's *ex parte* application for expedited discovery is DENIED.

4         2.    Maritz's administrative request to continue the February 8, 2008 hearing date for

5    Visa's Motion To Stay Action and To Compel Arbitration for 60 days is DENIED.

6

7         IT IS SO ORDERED.

8

9    DATED: _____    _____

10                                        Honorable Jeffrey S. White
                                          UNITED STATES JUDGE FOR THE NORTHERN
                                          DISTRICT OF CALIFORNIA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROP.] ORDER DENYING MARITZ ADMIN. REQUEST TO
CONTINUE HEARING ON VISA'S MOTION TO COMPEL ARB.; &
*EX PARTE* APP. FOR DISCOVERY / Case No. CV-07-5585 JSW

2

21823\1427414.1