1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT
7
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    VISA USA, INC.,
10              Plaintiff,                          No. C 07-05585 JSW
11        v.
12   MARITZ INC,                                    **ORDER DENYING DEFENDANT'S
                                                    ADMINISTRATIVE REQUEST TO**
13              Defendant.                          **CONTINUE HEARING AND *EX
                                                    PARTE* APPLICATION FOR**
14   _____/             **DISCOVERY**
15
16        The Court has received the parties' briefs on the pending administrative request to
17   continue the hearing on Visa U.S.A., Inc. ("Visa")'s pending motion to compel arbitration and
18   *ex parte* application for discovery filed by Defendant Maritz, Inc. ("Maritz"). Having
19   considered the arguments submitted by the parties, the administrative motion is DENIED. The
20   moving papers do not constitute a proper motion for administrative relief under Civil Local
21   Rule 7-11. The matters contained therein are not miscellaneous administrative matters. In
22   addition, the Court finds the professed need for emergency attention to Maritz's *ex parte*
23   request for discovery is entirely of Maritz's own making.
24        However, in order to resolve the merits of the issue regarding whether there is a need for
25   discovery to determine the validity of the arbitration agreement, the Court SETS the issue for
26   hearing on February 22, 2008 at 9:00 a.m. Maritz shall file an opening brief not to exceed 15
27   pages by January 25, 2008 setting out its legal argument regarding why and what discovery is
28   necessary to demonstrate that the agreement to arbitrate was fraudulently induced. The Court is

particularly concerned with whether there was any duty to exercise reasonable care to disclose the matter(s) potentially in question. *See, e.g.,* Restatement 2d Torts, § 551. Visa shall file an opposition not to exceed 15 pages by no later than February 8, 2008. Maritz may file a reply not to exceed 10 pages by no later than February 8, 2008.

The hearing on the pending motions to stay arbitration and to compel arbitration are CONTINUED to February 22, 2008 at 9:00 a.m. The reply brief on the motion to stay arbitration shall still be filed by January 18, 2008. The opposition to the motion to compel arbitration shall still be filed by January 18, 2008 and the reply in support of that motion shall still be filed by January 25, 2008. The Court is mindful that this may entail some arguments in the alternative.

**IT IS SO ORDERED.**

Dated: January 17, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE