

Ronald S. Katz
Manatt, Phelps & Phillips, LLP
Direct Dial: (650) 812-1346
E-mail: rkatz@manatt.com

January 18, 2008

Client-Matter: 40885-060

**VIA ELECTRONIC FILING**

The Honorable Jeffrey S. White
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Visa U.S.A. Inc. v. Maritz Inc.*
           Case No. CV-07-5585 JSW

Dear Judge White:

        Defendant and Counterclaimant Maritz Inc. ("Maritz") and Plaintiff and Counterclaim Defendant Visa USA Inc. ("Visa") submit this joint letter requesting that the Court clarify what appears to be a typographical error in its January 17, 2008 *Order Denying Defendant's Administrative Request to Continue Hearing and* Ex Parte *Application for Discovery* (the "Order"). Specifically, the briefing schedule in the Order states that Visa's Opposition to Maritz's Motion on the need for discovery, and that Maritz's Reply in support of its Motion, are both due on February 8, 2008. The parties respectfully request that the Court clarify its intentions with respect to the briefing schedule. If it is helpful to the Court, the parties would stipulate to the following slightly revised schedule: Visa's Opposition will be due on February 4, 2008; and Maritz's Reply will be due on February 11, 2008. The hearing would remain scheduled for February 22, 2008.

        Maritz would also like to inform you that its lead counsel, the undersigned, currently has a hearing scheduled for 9:00 a.m. on February 22, 2008 before the Honorable Frank Roesch in Alameda County Superior Court (see attached Notice of Hearing). I intend to raise this conflict with Judge Roesch when he returns from vacation this Tuesday, January 22, 2008. In the meantime, the parties are available to have this matter heard at 1:30 p.m. on February 22, 2008 should that be acceptable to the Court.

                                                    Respectfully submitted,

                                                      /s/Ronald S. Katz
                                                      Ronald S. Katz
                                                      *Counsel for Defendant and Counterclaimant*
                                                      Maritz Inc.

1001 Page Mill Road, Building 2, Palo Alto, California 94304-1006  Telephone: 650.812.1300  Fax: 650.213.0260

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.

# Exhibit A



1  COX, CASTLE & NICHOLSON LLP
   R. CLARK MORRISON (SBN 130208)
2  CMorrison@coxcastle.com
   ANDREW B. SABEY (SBN 160416)
3  ASabey@coxcastle.com
   BRADLEY B. BROWNLOW (SBN 215746)
4  BBrownlow@coxcastle.com
   555 California Street, 10th Floor
5  San Francisco, CA 94104-1513
   Telephone: (415) 392-4200
6  Facsimile: (415) 392-4250

7  Attorneys for Petitioners and Plaintiffs
   JENNIFER LIN and FREDERIC LIN

**FILED**
ALAMEDA COUNTY
DEC 2 0 2007
CLERK OF THE SUPERIOR COURT
BY_____
                        DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| JENNIFER LIN and FREDERIC LIN,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>CITY CLERK OF THE CITY OF PLEASANTON and DOES 1 through 25;<br><br>Respondents and Defendants.<br><br>KAY AYALA and DOES 26 through 75,<br><br>Real Parties in Interest and Defendants | CASE NO. RG07361370<br><br>UNLIMITED JURISDICTION<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER/~~ALTERNATIVE WRIT~~ SETTING BRIEFING AND HEARING SCHEDULE ON PETITION FOR PEREMPTORY WRIT**<br><br>Date: December 20, 2007<br>Time: 1:30 p.m.<br>Dept: 31<br>Judge: Hon. Frank Roesch<br><br>Petition filed December 14, 2007 |

- 1 -

| | |
|---|---|
| 1 | This matter came on for ex parte hearing on the December 20, 2007, in Department 31, |
| 2 | the Honorable Frank Roesch, presiding. After considering the application papers of Petitioners |
| 3 | Jennifer Lin and Frederic Lin, and considering the argument of counsel and good cause |
| 4 | appearing, it is ORDERED that ex parte application is GRANTED. The following briefing and |
| 5 | hearing schedule shall apply: |

    Petitioner's Opening Brief:                            January 17, 2008

    Respondent's and Real Party's Opposition Brief:       February 7, 2008

    Petitioner's Reply Brief:                                 February 15, 2008

    Hearing:                                         February 22, 2008 [February 20, 2008; 9:00 a.m.] 9am

The parties shall serve their briefs by hand delivery, facsimile transmittal or email transmission by 5:00 p.m. on the same day as they file their briefs with the Court.

SO ORDERED.

Dated: December 20, 2007

_____
Judge of the Superior Court

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR BRIEFING SCHEDULE