MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counter-Claimant
MARITZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARITZ INC. d/b/a MARITZ LOYALTY MARKETING, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CIVIL ACTION NO. C07-5585 JSW <br><br> [PROPOSED] ORDER DENYING VISA U.S.A. INC'S MOTION TO STAY ACTION AND TO COMPEL ARBITRATION <br><br> DATE: Friday, February 22, 2008 <br> TIME: 9:00 a.m. <br> PLACE: Courtroom 2, 17th Floor <br> JUDGE: Hon. Jeffrey S. White |

1  Having considered the Motion to Stay Action and to Compel Arbitration ("Motion") of Plaintiff and Counterclaim Defendant Visa USA Inc. ("Visa"), the Opposition of Defendant and Counterclaimant Maritz Inc. ("Maritz"), all other papers filed herein, and the records of the case, the Court hereby orders as follows:

IT IS HEREBY ORDERED that Visa's Motion is DENIED.

IT IS SO ORDERED.

Dated: _____, 2008    _____
　　　　　　　　　　　　　　　　　Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　United States District Court Judge