# Exhibit 4
## to the
# Declaration of Steve Gallant

## Unknown

**From:** Gallant, Steve
**Sent:** Monday, June 18, 2007 2:10 PM
**To:** Peterman, Mark; Taylor, Kelvin
**Subject:** RE: VISA Update - Invoices

as an fyi, I am on vacation from 7/11 - 7/19. If I am not required for that meeting, those dates are ok but I would push for sooner rather than later

---

**From:** Peterman, Mark
**Sent:** Monday, June 18, 2007 1:53 PM
**To:** Taylor, Kelvin; Gallant, Steve
**Subject:** VISA Update - Invoices

I spoke with David Shepard on Friday and told him (as I mentioned in a brief email to you on Friday) that we would discuss Archive & Purge when we had the signed Transition Services PCA and when Visa was willing to discuss the invoices that we sent them. At that time, I cancelled a Friday meeting with Visa on Archive & Purge.

David left me a message today and said they were still chasing their CFO for signature on the PCA. Same story, different day on this topic.

He did speak with Tad on Friday. He said that he, Tad, and Tim Attinger would be available to meet with us on July 12 or 13 here to discuss the invoices. Timing is everything, as Steve Gallant & just discussed proposing a day or two next week for us to go to them.

So, I can press for an earlier date but expect to be rebuffed. Are you two okay with either late next week or July 12 or 13 for a meeting here or at Visa? I'd prefer to get on their turf for this first discussion, but it probably doesn't matter much either way.

I'll wait for your thoughts before I call him back.

Mark

**Mark Peterman**
Division Vice President, Business Manager
Maritz Inc.
(636) 827-1847 (Office)
(314) 616-9532 (Mobile)
mark.peterman@maritz.com
http://www.maritz.com/



Exhibit 4

1/10/2008