**Exhibit 5
to the
Declaration of Steve Gallant**

**REDACTED**

---

**From:** RThompson@fbm.com [mailto:RThompson@fbm.com]
**Sent:** Monday, July 23, 2007 1:50 PM
**To:** Gallant, Steve
**Subject:** RE: Mediation Confidentiality
**Importance:** High

Steve, I managed to catch the Visa folks before they boarded airplanes. We believe that in light of Maritz surprise about Visa's claim for damages, it makes sense not to rush into a meeting without an agreement on the details of the process. So the meeting tomorrow is off.

Visa will provide the information either in writing, by teleconference or perhaps in person when both sides think it will be productive to meet. I will give you a call to confirm and discuss next steps.

Rod

    -----Original Message-----
    **From:** Gallant, Steve [mailto:Steve.Gallant@maritz.com]
    **Sent:** Monday, July 23, 2007 11:37 AM
    **To:** Thompson, Rod (27) x4445
    **Subject:** RE: Mediation Confidentiality

    Rod - a couple things: I assume California law allows us to deem this to be a mediation such that it is subject to Section 1115, et seq and I would like to make reference in here that our previous agreement is null an void but that the parties will endeavor to reach resolution on ADR procedures it in the next ten or so days.

    Steve

---

    **From:** RThompson@fbm.com [mailto:RThompson@fbm.com]
    **Sent:** Monday, July 23, 2007 12:20 PM
    **To:** Gallant, Steve
    **Subject:** Mediation Confidentiality

Steve, as discussed.

**Exhibit 5**

1/10/2008

<<1303103_1.DOC>>
**Roderick M. Thompson**
Attorney at Law

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

T 415.954.4400
D 415.954.4445
F 415.954.4480
www.fbm.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the
reader of this e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any
dissemination, publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss,
disruption or damage to your data or computer system that may occur while using data contained in, or transmitted with, this e-mail.

If you have received this e-mail in error, please immediately notify us by return e-mail. Thank you.