# Exhibit 6
## to the
## Declaration of Steve Gallant

## Spicer, Donna S.

| | |
|---|---|
| **From:** | RThompson@fbm.com |
| **Sent:** | Tuesday, August 21, 2007 8:14 PM |
| **To:** | Steve.Gallant@maritz.com; Weiss, Charles |
| **Cc:** | jlemberg@fbm.com |
| **Subject:** | Visa--Maritz disupute |
| **Attachments:** | Document.pdf |

Steve and Charlie:

We have discussed with Visa the proposal you made in our call last week. Visa disagrees
with Maritz' position that the attached July 9, 2007 letter agreement is not
enforceable. Visa is willing, however, to accept Maritz' proposal that the parties proceed
with the first two stages of the dispute resolution process as outlined in the letter
agreement, negotiation and mediation, while reserving their respective positions on the
third stage, arbitration. This will require cooperation and coordination to stay on the
agreed schedule.

Jonathan and I are generally available Wednesday through Friday of this week to discuss
next steps during a conference call. Why don't you suggest two slots that work for both
of you and we will make one of them work for us. Thanks.
Rod

-----Original Message-----
**From:** Gallant, Steve [mailto:Steve.Gallant@maritz.com]
**Sent:** Tuesday, July 10, 2007 1:18 PM
**To:** Thompson, Rod (27) x4445
**Cc:** Taylor, Kelvin; Peterman, Mark
**Subject:** RE: ltr to gallant

Rod - attached is an executed agreement outlining the procedures for resolving any differences that may exist
between Visa and Maritz. It is my understanding that the first direct negotiation meeting will take place on or
about July 24, 2007 and there will then be 30 days to reach a resolution. In the event we are unable to reach
agreement, we will then escalate to mediation and arbitration as set forth in the letter. Please call me should you
have any questions.

Steve

Steven M. Gallant
Vice President, Associate General Counsel
Maritz Inc.
1375 N. Highway Drive
Fenton, MO 63099
636.827.4290 (office)
314.614.2656 (mobile)
636.827.3708 (fax)

**Exhibit 6**

1/17/2008

**From:** RThompson@fbm.com [mailto:RThompson@fbm.com]
**Sent:** Tuesday, July 10, 2007 11:55 AM
**To:** Gallant, Steve
**Subject:** FW: ltr to gallant

Steve, resending to be sure you have this.
**Roderick M. Thompson**
Attorney at Law

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

T 415.954.4400
D 415.954.4445
F 415.954.4480
www.fbm.com

-----Original Message-----
**From:** Dugan, Angelica (27) x3503
**Sent:** Monday, July 09, 2007 5:42 PM
**To:** Thompson, Rod (27) x4445
**Subject:** ltr to gallant

<<2752_001.pdf>>

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact
the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

Confidentiality Warning: This e-mail contains information intended only for the use of the individual or entity named above. If the reader of this
e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination,
publication or copying of this e-mail is strictly prohibited. The sender does not accept any responsibility for any loss, disruption or damage to
your data or computer system that may occur while using data contained in, or transmitted with, this e-mail.

If you have received this e-mail in error, please immediately notify us by return e-mail. Thank you.

1/17/2008

# FARELLA BRAUN + MARTEL LLP

Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

**RODERICK M. THOMPSON**
rthompson@fbm.com
D 415.954.4445

T 415.954.4400 / F 415.954.4480
www.fbm.com

July 9, 2007

*Via Fax and U.S. Mail*
Fax: 636-827-5485

Steven M. Gallant
Associate General Counsel
Maritz Inc.
1375 N. Highway Dr.
Fenton, MO 63099

     Re:    **Master Services Agreement dated April 17, 2006 (the "Agreement") between**
            **Visa U.S.A. Inc. and Maritz Inc., d/b/a Maritz Loyalty Marketing**

Dear Steve:

     This follows up on our telephone conversation of July 5, 2007. We agreed that our clients' respective claims for damages resulting from alleged breaches of the Agreement and related claims will all be resolved outside of court. In particular, we agreed to the dispute resolution framework set out below.[1]

     First Stage:  Direct negotiations for a period of 30 days. For example, assuming that negotiations begin by July 30, 2007, we agreed that they would conclude on August 30, 2007. As to the tentatively scheduled July 12 meeting, Visa prefers to have counsel attend and, therefore, the meeting must be rescheduled since you cannot attend. Visa's business representatives will be in touch with their Maritz counterparts to reschedule.

     Second Stage:  Mediation, before a mutually acceptable mediator at a location to be agreed and to be conducted within 60 days thereafter.

     Third Stage:  Binding arbitration pursuant to the AAA Commercial Rules. Subject only to the schedules of the arbitrators, the hearing must be commenced within 90 days after the conclusion of the mediation process. The arbitration will allow for only limited discovery and a

---

[1] While we both understand that further details on the dispute resolution process will need to be worked out between us if the dispute is not resolved in the first stage, our clients intend to be bound by this agreement to resolve all disputes outside of court. To the extent they are unable to agree on any aspect of the procedure, such disagreement will be resolved by the applicable rules and procedures of the American Arbitration Association ("AAA").



Steven M. Gallant
July 9, 2007
Page 2

streamlined schedule. (Although we did not discuss these details, Visa would prefer three neutral arbitrators and baseball or high-low arbitration; I will send you a draft agreement for review under separate cover.)

Please confirm Maritz' agreement to the foregoing by countersigning in the space provided below. We appreciate your courtesy and cooperation.

Very truly yours,

Roderick M. Thompson

SO AGREED.

By:

On behalf of Maritz, Inc.

Dated: _____, 2007

RMT:avd

21823\1291499.1