**Exhibit 8
to the
Declaration of Steve Gallant**

## Weiss, Charles

| | |
|---|---|
| **From:** | RThompson@fbm.com |
| **Sent:** | Friday, September 07, 2007 7:36 PM |
| **To:** | Weiss, Charles |
| **Cc:** | BHoltzapple@fbm.com |
| **Subject:** | FW: Attached Image |
| **Attachments:** | 3325_001.pdf |

Charlie, as I explained, I had been reluctant to remove the references in the attached letter to the First and Second stages of our clients' agreed ADR protocol. In our conversation today you reconfirmed my understanding that the parties are in agreement that we are following the First and Second Stages as outlined in the July 9th letter. Both sides are doing so while reserving their respective positions regarding the Third Stage.

In light of our discussion, I've made your requested changes and signed the attached letter so that you can forward it to the mediator. Have a good weekend.

**Roderick M. Thompson**
Attorney at Law

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

T 415.954.4400
D 415.954.4445
F 415.954.4480
www.fbm.com

<<3325_001.pdf>>

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

Exhibit 8

9/11/2007