```
 1  MANATT, PHELPS & PHILLIPS, LLP
    RONALD S. KATZ (California Bar No. 085713)
 2  E-mail: rkatz@manatt.com
    RYAN S. HILBERT (California Bar No. 210549)
 3  E-mail: rhilbert@manatt.com
    1001 Page Mill Road, Building 2
 4  Palo Alto, CA 94304-1006
    Telephone: (650) 812-1300
 5  Facsimile: (650) 213-0260

 6  Attorneys for Defendant/Counterclaim and
    Third-Party Plaintiff Maritz Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> MARITZ INC., d/b/a MARITZ LOYALTY MARKETING, <br><br> Defendant/Counterclaim and Third-Party Plaintiff, <br><br> v. <br><br> CARLSON MARKETING GROUP, INC. <br><br> Third-Party Defendant. | CIVIL ACTION NO. C 07-5585 JSW <br><br> DECLARATION OF KELVIN TAYLOR |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2778369

DECLARATION OF KELVIN TAYLOR
CASE NO. C07-5585 JSW

I, Kelvin Taylor, hereby state under penalty of perjury as follows:

1. I was the President of Maritz Loyalty Marketing from April 25, 2005 through October 4, 2007. I live in St. Louis, Missouri.

2. In December 2006, Mark Peterman and I met with Edward "Tad" Fordyce of Visa in Denver to discuss the status of the Visa Extras Reward Program project. During our meeting, Mr. Fordyce made clear that Visa was committed to Maritz in the long-term with respect to the program. I never heard anything from Visa to the contrary until April 20, 2007, when Elizabeth Buse of Visa called and then sent me a letter telling me that Visa was terminating the Master Services Agreement with Maritz (the "Agreement") and that Visa had decided to keep its Rewards Program with Carlson Marketing ("Carlson").

3. On May 7, 2007, I sent Ms. Buse a letter, a copy of which is attached hereto as Exhibit 1. In my letter, I told Ms. Buse that as of May 7, 2007, we estimated that Visa owed Maritz approximately $5.2 million.

4. On July 23, 2007, I learned that Visa's lawyer, Rod Thompson, had told Steve Gallant of Maritz earlier that day that Visa was claiming Maritz owed Visa tens of millions of dollars. I was very surprised to hear this.

5. To my knowledge, no one from Visa had previously made any such claim. In addition, such a claim seemed inconsistent with the facts that (a) Visa and Maritz had been proceeding on a best efforts basis since at least the Fall of 2006 and (b) I understood in November of 2006 that Visa had agreed to waive liquidated damages under the Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 17, 2008.

_Kelvin Taylor_
Kelvin Taylor

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2778369

2

DECLARATION OF KELVIN TAYLOR
CASE NO. C07-5585 JSW