MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counter-Claimant
MARITZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARITZ INC. d/b/a MARITZ LOYALTY MARKETING, <br><br> Defendant. | CIVIL ACTION NO. C07-5585 JSW <br><br> [PROPOSED] ORDER DENYING VISA U.S.A. INC'S MOTION TO STAY ACTION AND TO COMPEL ARBITRATION <br><br> DATE: Friday, February 22, 2008 <br> TIME: 9:00 a.m. <br> PLACE: Courtroom 2, 17th Floor <br> JUDGE: Hon. Jeffrey S. White |
| AND RELATED COUNTERCLAIMS | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

[PROPOSED] ORDER
CASE NO. C07-5585 JSW

Having considered the Motion to Stay Action and to Compel Arbitration ("Motion") of Plaintiff and Counterclaim Defendant Visa USA Inc. ("Visa"), the Opposition of Defendant and Counterclaimant Maritz Inc. ("Maritz"), all other papers filed herein, and the records of the case, the Court hereby orders as follows:

IT IS HEREBY ORDERED that Visa's Motion is DENIED.

IT IS SO ORDERED.

Dated: _____, 2008        _____
                                    Honorable Jeffrey S. White
                                    United States District Court Judge