# Exhibit B
# in Support of 1/23/08 Letter Brief

> You forwarded this message on 11/17/2007 6:32 PM.
> To help protect your privacy, links to images, sounds, or other external content in this message have been blocked. Click here to unblock content.

**Katz, Ron**

| | | | |
|---|---|---|---|
| From: | DeltaItinerary@delta.com [DeltaItinerary@delta.com] | Sent: | Sat 11/17/2007 6:26 PM |
| To: | Katz, Ron | | |
| Cc: | | | |
| Subject: | DL Itinerary | | |
| Attachments: | | | |

## Your Itinerary

Thank you for choosing Delta. This information is a copy of your itinerary and not a receipt.

If you are holding this itinerary, be sure to complete your purchase before the deadline by calling 800-221-1212.

## Flight Information

```
                                    Bkng                        Meals/
Day Date        Flight    Status   Class    City           Time  Other   Cabin
--- -----       -------   ------   -----    ----           ----  -----   -----
Wed 27FEB   Delta 1136      OK       N    LV SAN JOSE CAL  100P          Coach
                                         AR SALT LAKE CI  343P
                                            TY

Wed 27FEB   Delta 3768*     OK       N    LV SALT LAKE CI  520P          Coach
                                            TY
                                         AR JACKSON WYO   615P
            *Operated by Skywest Airlines

Sun 02MAR   Delta 1471      OK       N    LV JACKSON WYO   120P          Coach
                                         AR SALT LAKE CI  215P
                                            TY

Sun 02MAR   Delta 3909*     OK       N    LV SALT LAKE CI  355P          Coach
                                            TY
                                         AR SAN JOSE CAL  451P
            *Operated by Skywest Airlines
```