# Exhibit C
# in Support of 1/23/08 Letter Brief

**Hilbert, Ryan**

| | |
|---|---|
| From: | Katz, Ron |
| Sent: | Tuesday, January 22, 2008 6:43 PM |
| To: | 'RThompson@fbm.com'; BHoltzapple@fbm.com; HDutton@fbm.com; DAcevedo@fbm.com |
| Cc: | caweiss@bryancave.com; msdeiermann@bryancave.com; Hilbert, Ryan |
| Subject: | RE: Activity in Case 3:07-cv-05585-JSW Visa U.S.A. Inc. v. Maritz, Inc. Order |

Rod--

I am surprised that you will not extend this normal courtesy between counsel. There is absolutely no prejudice to Visa, and you have articulated none. We will be sending Judge White a letter brief tomorrow, and we will attach your email below setting out your position.

Ron

-----Original Message-----
From: RThompson@fbm.com [mailto:RThompson@fbm.com]
Sent: Tuesday, January 22, 2008 6:36 PM
To: Katz, Ron; BHoltzapple@fbm.com; HDutton@fbm.com; DAcevedo@fbm.com
Cc: caweiss@bryancave.com; msdeiermann@bryancave.com; Hilbert, Ryan
Subject: RE: Activity in Case 3:07-cv-05585-JSW Visa U.S.A. Inc. v. Maritz, Inc. Order

Ron, while we normally would accommodate your vacation plans, under the circumstances Visa cannot agree to any further delay in the hearing date.

As you know, Visa's original motion was set for hearing before Judge Zimmerman in early January. After the case was reassigned to Judge White, we provided informal notice in early December that Visa would refile and notice the motion for hearing on February 8. Although the Court last week denied Maritz ex parte application to delay that hearing for six weeks, the Court reset the hearing to February 22 to allow briefing on the Maritz request for discovery. You advised last week of your scheduling conflict at 9 a.m. on February 22 and Visa agreed to the statement in a joint letter, suggesting a 1:30 p.m. hearing time on that date to accommodate your schedule. In response the Court reset the motions for February 29. It is not in Visa's interests to agree to another delay in the hearing.

Mannatt and Bryan Cave have several other lawyers working on this case.
Surely one of them can cover the hearing if need be. Alternatively, Visa continues to have no objection to a 1:30 p.m. hearing date on February 22, if that would be acceptable to the Court.

Rod

-----Original Message-----
From: Katz, Ron [mailto:RKatz@manatt.com]
Sent: Tuesday, January 22, 2008 3:02 PM
To: Thompson, Rod (27) x4445; Holtzapple, Bob (31) x4939; Dutton, Helen (19) x4431; Acevedo, Diego (21) x4401
Cc: caweiss@bryancave.com; msdeiermann@bryancave.com; Hilbert, Ryan
Subject: RE: Activity in Case 3:07-cv-05585-JSW Visa U.S.A. Inc. v. Maritz, Inc. Order


Rod--

Judge Roesch of the Alameda Superior Court has kept the hearing I must attend at the 9:00 a.m. time slot on February 22. Therefore, because I have a pre-planned, pre-paid vacation during the February 29 slot that Judge White has assigned us, would Visa agree to make a joint request to the Court that our hearing be set on March 7? If so, please let me know and I will draft a letter for your review. If not, we will be making

that request of Judge White and informing him of your opposition to it.

Thanks,

Ron

-----Original Message-----
From: Katz, Ron
Sent: Friday, January 18, 2008 4:33 PM
To: 'RThompson@fbm.com'; 'BHoltzapple@fbm.com'; 'HDutton@fbm.com'; 'DAcevedo@fbm.com'
Cc: 'caweiss@bryancave.com'; 'msdeiermann@bryancave.com'; Hilbert, Ryan
Subject: RE: Activity in Case 3:07-cv-05585-JSW Visa U.S.A. Inc. v. Maritz, Inc. Order

Thanks. I will let you know Monday pm what happens in Alameda.

----------------------
Ron Katz 650-812-1346
Sent from my Wireless Handheld

-----Original Message-----
From:         RThompson@fbm.com [mailto:RThompson@fbm.com]
Sent: Friday, January 18, 2008 04:19 PM Pacific Standard Time
To:   Katz, Ron; BHoltzapple@fbm.com; HDutton@fbm.com; DAcevedo@fbm.com
Cc:   caweiss@bryancave.com; msdeiermann@bryancave.com; Hilbert, Ryan
Subject:    RE: Activity in Case 3:07-cv-05585-JSW Visa U.S.A. Inc. v. Maritz, Inc. Order

Yes.

-----Original Message-----
From: Katz, Ron [mailto:RKatz@manatt.com]
Sent: Friday, January 18, 2008 4:16 PM
To: Thompson, Rod (27) x4445; Holtzapple, Bob (31) x4939; Dutton, Helen (19) x4431; Acevedo, Diego (21) x4401
Cc: Charles A. Weiss; Mark S. Deiermann; Hilbert, Ryan
Subject: FW: Activity in Case 3:07-cv-05585-JSW Visa U.S.A. Inc. v. Maritz, Inc. Order


Rod--

As I mentioned to you this a.m., I am out of town on 2/29. At this hour, it's probably best to await what Judge Roesch decides Monday p.m. (which may enable us to get back to 2/22 with Judge White) & then get back to Judge White. Do you agree?

Ron

----------------------
Ron Katz 650-812-1346
Sent from my Wireless Handheld

-----Original Message-----
From:         ECF-CAND@cand.uscourts.gov [mailto:ECF-CAND@cand.uscourts.gov]
Sent: Friday, January 18, 2008 04:03 PM Pacific Standard Time
To:   efiling@cand.uscourts.gov
Subject:    Activity in Case 3:07-cv-05585-JSW Visa U.S.A. Inc. v. Maritz, Inc. Order

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing

2

opinions.

U.S. District Court
Northern District of California
Notice of Electronic Filing or Other Case Activity

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are two hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
If there is no second hyperlink, there is no electronic document available.
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from entered on 1/18/2008 4:01 PM PST and filed on 1/18/2008

Case Name: Visa U.S.A. Inc. v. Maritz, Inc.
Case Number:     3:07-cv-5585
<https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?197377>
Filer:
Document Number:   44
<https://ecf.cand.uscourts.gov/doc1/03504233562?magic_num=70347253&de_seq_num=151&caseid=197377>

Docket Text:
ORDER re [43] Letter Brief and Amended ORDER re [33] Ex Parte Application and Miscellaneous Administrative Request to Continue the Hearing Date. Signed by Judge Jeffrey S. White on January 18, 2008. (jswlc2, COURT STAFF) (Filed on 1/18/2008)

3:07-cv-5585 Notice has been electronically mailed to:

Diego F. Acevedo     dacevedo@fbm.com, dwilliams@fbm.com

Helen E. Dutton     hdutton@fbm.com

Ryan S. Hilbert     rhilbert@manatt.com, AScardina@manatt.com, dcrim@manatt.com, dwishon@manatt.com, KHunt@manatt.com, lpalmer@manatt.com, lvete@manatt.com, SSareth@manatt.com, TMartin@manatt.com

Robert C. Holtzapple     rholtzapple@fbm.com, calendar@fbm.com, grenteria@fbm.com

Ronald Stanley Katz     rkatz@manatt.com, AScardina@manatt.com, dcrim@manatt.com, dwishon@manatt.com, KHunt@manatt.com, lvete@manatt.com, SSareth@manatt.com

Elizabeth Diemphuc Le     edle@rkmc.com

3

```
Roderick Manley Thompson      rthompson@fbm.com, adugan@fbm.com,
calendar@fbm.com
```

3:07-cv-5585 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:G:\JSWALL\2007\07-5585\Amended Order re Admin Request.pdf Electronic document Stamp: [STAMP CANDStamp_ID=977336130 [Date=1/18/2008] [FileNumber=4067670-0]
[5179a88cbee81e6b2a69a067e087b86dd58cdbda66712e097da374838a8e1608861ed
e2e1081733bb3bef2643c11e8e3a3fc642769f1e741ff51518c784d1efb]]

############################################################
#############
IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by
recently issued treasury regulations, we inform you that any U.S. tax
advice contained in this communication (including any attachments) is
not intended or written by us, and cannot be used by you, for the
purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another person any
transaction or matter addressed herein. For information about this
legend, go to http://www.manatt.com/circ230
############################################################
#############

---

This e-mail message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information. Any
unauthorized
review, use, disclosure or distribution is prohibited.  If you are not
the
intended recipient, please contact the sender by reply e-mail and
destroy
all copies of the original message. Thank you. Farella Braun + Martel
LLP
############################################################
#############
IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by
recently issued treasury regulations, we inform you that any U.S. tax
advice contained in this communication (including any attachments) is
not intended or written by us, and cannot be used by you, for the
purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another person any
transaction or matter addressed herein. For information about this
legend, go to http://www.manatt.com/circ230
############################################################
#############