MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant and Counter-Claimant
MARITZ INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CIVIL ACTION NO. C07-5585 JSW<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST BY MARITZ, INC. FOR AN ORDER RE-SCHEDULING HEARING DATE |

Having considered the miscellaneous administrative request of Defendant and Counterclaimant Maritz Inc. ("Maritz") for an Order re-scheduling the February 29, 2008 hearing date for Maritz's motion to stay arbitration, Maritz's motion for discovery, and Visa's motion to compel arbitration (the "Parties' Respective Motions"), the Opposition of Plaintiff and Counterclaim Defendant Visa USA Inc. ("Visa"), all other papers filed herein, and the records of the case, the Court hereby orders as follows:

IT IS HEREBY ORDERED that the hearing on the Parties' Respective Motions is re-scheduled for:

__ 1:30 p.m. on February 22, 2008; OR

__ 9:00 a.m. on March 7, 2008.

IT IS SO ORDERED.

Dated: _____, 2008     _____
Honorable Jeffrey S. White
United States District Court Judge