# Exhibit B
# in Support of Miscellaneous Administrative Request for an Order Re-Scheduling Hearing Date

> You forwarded this message on 11/17/2007 6:32 PM.
> To help protect your privacy, links to images, sounds, or other external content in this message have been blocked. Click here to unblock content.

**Katz, Ron**

| | | |
|---|---|---|
| From: | DeltaItinerary@delta.com [DeltaItinerary@delta.com] | Sent: Sat 11/17/2007 6:26 PM |
| To: | Katz, Ron | |
| Cc: | | |
| Subject: | DL Itinerary | |
| Attachments: | | |

## Your Itinerary

Thank you for choosing Delta. This information is a copy of your itinerary and not a receipt.

If you are holding this itinerary, be sure to complete your purchase before the deadline by calling 800-221-1212.

## Flight Information

```
                                    Bkng                          Meals/
Day Date       Flight    Status     Class      City         Time  Other   Cabin
--- -----      ------    ------     -----      ----         ----  -----   -----
Wed 27FEB  Delta 1136      OK         N     LV SAN JOSE CAL  100P         Coach
                                            AR SALT LAKE CI  343P
                                               TY

Wed 27FEB  Delta 3768*     OK         N     LV SALT LAKE CI  520P         Coach
                                               TY
                                            AR JACKSON WYO   615P
           *Operated by Skywest Airlines

Sun 02MAR  Delta 1471      OK         N     LV JACKSON WYO   120P         Coach
                                            AR SALT LAKE CI  215P
                                               TY

Sun 02MAR  Delta 3909*     OK         N     LV SALT LAKE CI  355P         Coach
                                               TY
                                            AR SAN JOSE CAL  451P
           *Operated by Skywest Airlines
```