1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (California Bar No. 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (California Bar No. 210549)
3  E-mail: rhilbert@manatt.com
   1001 Page Mill Road, Building 2
4  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
5  Facsimile: (650) 213-0260

6
   Attorneys for Defendant and Counter-Claimant
7  MARITZ INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  VISA U.S.A. INC.,                CIVIL ACTION NO. C07-5585 JSW

13             Plaintiff,            [PROPOSED] ORDER GRANTING BRIEF
                                     OF MARITZ INC. PURSUANT TO COURT
14                                   ORDER DATED JANUARY 17, 2008 AND
                                     IN SUPPORT OF DISCOVERY
15  vs.

16  MARITZ INC. d/b/a MARITZ LOYALTY
17  MARKETING,

18
19             Defendant.

20  AND RELATED COUNTERCLAIMS
21

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1                              [PROPOSED] ORDER
                               CASE NO. C07-5585 JSW

1  Having considered the discovery brief of Defendant and Counterclaimant Maritz Inc. ("Maritz") pursuant to this Court's January 17, 2008 Order ("Brief"), the Opposition of Plaintiff and Counterclaim Defendant Visa USA Inc. ("Visa"), Maritz's Reply in support of its Brief, all other papers filed herein, and the records of the case, the Court hereby orders as follows:

IT IS HEREBY ORDERED that Maritz is granted leave to immediately begin conducting the discovery requested in its Brief and Reply, including as to the documents and depositions described therein.

IT IS SO ORDERED.

Dated: _____, 2008      _____
                                   Honorable Jeffrey S. White
                                   United States District Court Judge