IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-07-5585 JSW<br><br>[PROPOSED] ORDER DENYING MARITZ INC.'S MISCELLANEOUS APPLICATION FOR AN ORDER RESCHEDULING THE MOTIONS TO BE HEARD ON FEBRUARY 29, 2008 |

Now before the Court is Defendant and Counter Claimant Maritz Inc.'s ("Maritz's") miscellaneous request for an order re-scheduling the February 29, 2008 hearing date on Plaintiff and Counter Respondent, Visa U.S.A. Inc.'s ("Visa's") motion to compel arbitration, Maritz's motion to stay arbitration, and Maritz's request to stay the hearing on Visa's motion or in the alternative for expedited discovery ("Parties' Respective Motions"). Having carefully reviewed the submissions of the Parties, and the relevant legal authority, and good cause appearing, Defendant's motion is hereby GRANTED IN PART AND DENIED IN PART.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING MARITZ INC.'S
MISCELLANEOUS APPLICATION
Case No. CV-07-5585 JSW

21823\1434738.1

1      IT IS HEREBY ORDERED that the hearing on the Parties' Respective Motions will be
2  heard on:
3      X_ February 22, 2008 at 1:30 p.m.; [OR
4      __ on February __, 2008 at 9:00 a.m.]
5      IT IS SO ORDERED.
6  DATED: __January 29, 2008__

                                                  */s/ Jeffrey S. White*
                                          Honorable Jeffrey S. White
                                          UNITED STATES JUDGE FOR THE
                                          NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER DENYING MARITZ INC.'S MISCELLANEOUS APPLICATION
Case No. CV-07-5585 JSW

2

21823\1434738.1