IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-07-5585 JSW<br><br>**[PROPOSED] ORDER DENYING DEFANDANT MARITZ INC.'S REQUEST FOR DISCOVERY**<br><br>Date:　　February 22, 2008<br>Time:　　1:30 p.m.<br>Dept:　　Courtroom 2 (17th Floor)<br>Judge:　　Hon. Jeffrey S. White |

Now before the Court is the request from Defendant Maritz Inc. d/b/a Maritz Loyalty Marketing ("Defendant") for discovery. Having carefully reviewed the submissions of the Parties, and considered the arguments of counsel, and the relevant legal authority, and good cause appearing, Defendant's motion is hereby DENIED.

Defendant has failed to present any affidavits or other evidence setting forth the particular facts that it reasonably expects to derive from the requested discovery, and which would create a triable issue. *Mackey v. Pioneer Nat'l Bank*, 867 F.2d 520, 523-24 (9th Cir. 1989). The Court therefore denies the request as procedurally insufficient.

The Court further finds that Defendant's motion fails on its merits.  First, Defendant has failed to show that it has a need for the discovery it seeks.  Second, Visa's alleged non disclosure of the nature and amount of its damage claims cannot be actionable absent Defendant's showing that Visa had a duty to disclose.  *People v. Highland Fed. Sav. & Loan*, 14 Cal. App. 4th 1692 1718-19 (1993); Restatement (2d) of Torts, § 551.  Defendant has failed to show, by the allegations of its counterclaim or its declarations submitted in support, any facts that would create a triable issue, under the Restatement or applicable California law, as to whether Plaintiff had a duty to Defendant to disclose the nature and magnitude of its damages.  Since Defendant has not shown the requisite element of duty, the Court need not consider whether Defendant would need discovery to establish the remaining elements of its fraudulent inducement claim.

Accordingly, the Court Orders as follows:

1. Defendant's request for discovery is hereby DENIED.

IT IS SO ORDERED.

DATED: _____

Honorable Jeffrey S. White
UNITED STATES JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER DENYING DEFANDANT MARITZ INC.'S REQUEST FOR DISCOVERY
Case No. CV-07-5585 JSW

- 2 -

21823\1439443.1