Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-07-5585 JSW<br><br>**APPENDIX OF NON-FEDERAL AND UNPUBLISHED AUTHORITIES CITED IN VISA USA INC.'S OPPOSITION TO DEFENDANT MARITZ INC.'S REQUEST FOR DISCOVERY**<br><br>Date: February 22, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 2 (17th Floor)<br>Judge: Hon. Jeffrey S. White |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPENDIX ISO VISA'S OPP TO MARITZ's RFD
CASE NO. C07-5585 JSW

21823\1439323.1

## TABLE OF UNPUBLISHED FEDERAL CASES

**TAB**

*Creager v. Yoshimoto*, 2007 U.S. Dist. LEXIS 77309 ((N.D. Cal. 2007) .......... A

*Garbacz v. A.T. Kearny, Inc.*, 2006 U.S. Dist. LEXIS 20135 (N.D. Cal. 2006) .......... B

*Householder Group LLLP v. Fuss*, 2007 U.S. Dist. LEXIS 44220 (N.D. Cal. 2007) .......... C

*Perez v. Maid Brigade*, 2007 U.S. Dist. LEXIS 78412 (N.D. Cal. 2007) .......... D

## TABLE OF STATE CASES

**TAB**

*Ach v. Finkelstein*, 264 Cal. App. 2d 667 (1968) .......... E

*Fair v. Bakhtiari*, 40 Cal. 4th 189 (2006) .......... F

*People v. Highland Federal Sav. & Loan*, 14 Cal. App. 4th 1692 (1993) .......... G

## OTHER AUTHORITIES

**TAB**

Cal. Evid. Code § 1119, et seq. .......... H

Restatement (Second) of Torts § 551 (1977) .......... I

DATED: February 4, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/ Roderick M. Thompson
Roderick M. Thompson

Attorneys for Plaintiff
VISA U.S.A. INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400