Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-07-5585 JSW<br><br>**DECLARATION OF RODERICK M. THOMPSON IN SUPPORT OF VISA USA INC.'S OPPOSITION TO DEFENDANT MARITZ INC.'S REQUEST FOR DISCOVERY**<br><br>Date:     February 22, 2008<br>Time:    1:30 p.m.<br>Dept:    Courtroom 2 (17th Floor)<br>Judge:   Hon. Jeffrey S. White |

I, Roderick M. Thompson, declare as follows:

1.   I am an attorney licensed to practice law in the State of California, and a partner with the law firm of Farella Braun + Martel LLP, counsel for Plaintiff Visa U.S.A. Inc. ("Visa") in this action.  I have first hand knowledge of the following facts; if called as a witness, I would testify to the same.

2.   On July 2, 2007, Elizabeth Buse of Visa sent a letter to Kelvin Taylor of Maritz. *See* Ex. E to Declaration of Roderick M. Thompson In Support of Motion to Stay Action and To

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

THOMPSON DECL ISO VISA's OPP TO
MARITZ's RFD/Case No. CV-07-5585 JSW

21823\1433784.1

1  Compel Arbitration, filed January 4, 2008 D.E # 27 (Hereafter "Thompson Motion To Stay
2  Decl."). In that letter, Ms. Buse stated that is was time to discuss "Maritz's claims, as well as the
3  nature and amount of Visa's claims." She described Visa' proposal for a three stage dispute
4  resolution process and requested that Maritz have its legal counsel get in touch with me to
5  establish a mutually acceptable procedure. *Id.* Ms. Buse also stated that is was "important to
6  have this agreement on process in place before we commence negotiations." *Id.*

7       3.   Late in the morning of July 5, 2007, I received a voicemail message from Mr.
8  Steve Gallant, Associate General Counsel of Maritz, asking me to call him in response to the
9  request in Ms. Buse's letter. At my direction, a transcription of the audio file of that voicemail
10 has been transcribed. A true and correct copy of a transcription of that voicemail message is
11 attached as Ex. A. In the early afternoon of July 5, I returned Mr. Gallant's call. During that call,
12 Mr. Gallant expressed general agreement with the approach for dispute resolution suggested in
13 the Buse letter, commenting "I like what you proposed." He wanted to add specific timeframes
14 for the three steps, and suggested the 30, 60 and 90 day time periods. Mr. Gallant mentioned he
15 would be out of the office until Tuesday, July 10, 2007.

16       4.   Our firm's long distance billing records reflect that at 1:13 p.m. on July 5, 2007, a
17 call was made from our firm to (636) 827-4290, the phone number Mr. Gallant left on his voice
18 message. The records show that the call lasted 11 minutes and 54 seconds.

19       5.   On July 9, I faxed to Mr. Gallant a letter setting forth the procedure we had
20 discussed on the July 5 call, and requesting that he "Please confirm Martiz' [sic] agreement to the
21 foregoing" by countersigning the letter. *See* Ex. F to Thompson Motion To Stay Decl. Early in
22 the morning of July 10, Mr. Gallant left me a voicemail saying that he had expected to receive my
23 letter but could not find a copy. In response, I sent him by email two PDF copies of my letter
24 between 8:00 and 10:00 a.m. Our firm's long distance billing records reflect that at 9:50 a.m. on
25 July 10, 2007, a call was made from our firm to the phone number (636) 827-4290. The records
26 show that the call lasted 1 minute and 24 seconds. I do not recall whether Mr. Gallant and I
27 spoke during that call or whether I merely left a voice message.
28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

THOMPSON DECL ISO VISA's OPP TO
MARITZ's RFD/Case No. CV-07-5585 JSW     2     21823\1433784.1

1      6.    Mr. Gallant left another voicemail message for me sometime before 1:00 p.m. that same day, saying that he had signed off on the letter and suggested several dates for the in-person meeting with his preference being July 24, 2007. At my direction, a transcription of the audio file of that voicemail has been transcribed. A true and correct copy of a transcription of that voicemail message is attached as Ex. B. I received an email message from Mr. Gallant at 1:18 p.m. on July 10, attaching a signed copy of my July 9 letter. *See* Thompson Motion To Stay Decl., Exs. G and F.

     7.    During these conversation(s) and voicemails between Mr. Gallant and myself during the July 5-10, 2007 time period there was no discussion of the nature or amount of either party's claims. We spoke of the ADR procedure only (and of Mr. Gallant's upcoming vacation plans, which I recall included some kind of annual golf outing).

     8.    Based on my recollection of our conversation(s), as confirmed by a review of the attached transcripts of his voicemail messages, I understood that Mr. Gallant was out of his office during the periods July 6-9 and July 11-22. I sent Mr. Gallant via fax and email my letter dated July 19, enclosing a draft Alternate Dispute Resolution Protocol, which specified in more detail the three stage ADR process in the July 10 Letter Agreement. *See* Ex. E to the Declaration of Ryan S. Hilbert In Support of Maritz's Motion To Stay Arbitration Pending Determination of Arbitrability. That letter notes that the attached protocol "defines the direct business negotiations which are to begin on July 24, 2007 in St. Louis as the beginning of the mediation process so that both sides will have the protections of California Evidence Code section 1115 *et. seq.*"

     9.    Mr. Gallant called me on July 23, 2007. That telephone call is described in my earlier declaration. *See* First Decl., ¶ 9. To my knowledge this July 23 call was the first time Mr. Gallant or anyone from Maritz asked me or anyone at Visa about the nature or amount of Visa's damages.

     10.    Attached as Ex. C is a true and correct copy of the parties' July 24, 2007 agreement that their discussions would be covered by California's mediation protections.

///

///

THOMPSON DECL ISO VISA's OPP TO MARITZ's RFD/Case No. CV-07-5585 JSW     3     21823\1433784.1

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct.
3   Executed on February 4, 2008, at San Francisco, California.

/s/ Roderick M. Thompson
Roderick M. Thompson

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

THOMPSON DECL ISO VISA's OPP TO
MARITZ's RFD/Case No. CV-07-5585 JSW

4

21823\1433784.1