1  Martin R. Lueck (MN Bar No.155548)
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2  2800 LaSalle Plaza
   800 LaSalle Avenue
3  Minneapolis, MN 55402
   Telephone:     612-349-8500
4  Facsimile:     612-339-4181
   E-mail:        mrlueck@rkmc.com
5
   Elizabeth D. Le (CA Bar No. 216182)
6  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
7  Los Angeles, CA  90067-3208
   Telephone:     310-552-0130
8  Facsimile:     310-229-5800
   E-mail:        edle@rkmc.com
9
   Attorneys for Counterclaim Respondent
10 CARLSON MARKETING WORLDWIDE, INC.,
   f/k/a CARLSON MARKETING GROUP, INC.
11

*(left margin, rotated)* ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 | VISA U.S.A. INC.,                        | Case No.  CV 07-05585 JSW |
17 |                    Plaintiff,             | [Assigned to the Hon. Jeffrey S. White] |
18 | v.                                        | **ANSWER OF COUNTERCLAIM RESPONDENT CARLSON MARKETING WORLDWIDE, INC., F/K/A CARLSON MARKETING GROUP, INC., TO COUNTERCLAIM; DEMAND FOR JURY TRIAL** |
19 | MARITZ, INC., d/b/a MARITZ LOYALTY MARKETING, | |
20 | | |
21 |                    Defendant.             | |
22 | MARITZ, INC., d/b/a MARITZ LOYALTY MARKETING, | |
23 | | |
24 |                    Counterclaimant,       | |
   | v.                                        | |
25 | | |
26 | VISA U.S.A. INC. and CARLSON MARKETING GROUP, INC. | |
27 |                    Counterclaim Respondents. | |
28 | | |

LA 60200199.1

1    In response to the Counterclaim filed by Maritz, Inc. ("Maritz"), Counterclaim

2  Respondent CARLSON MARKETING WORLDWIDE, INC. ("CMW"), formerly known as

3  Carlson Marketing Group, Inc., and erroneously sued as "Carlson Marketing Group, Inc." hereby

4  answers, avers and pleads as follows:

5                                    **INTRODUCTION**

6        1.    Answering Paragraph 1 of the Counterclaim, CMW is without sufficient

7  knowledge or information to form belief as to the truth of the allegations contained in said

8  paragraph, and on that basis denies each and every allegation contained therein.  CMW is not a

9  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

10  action arises.

11       2.    Answering Paragraph 2 of the Counterclaim, CMW denies each and every

12  allegation contained therein.

13       3.    Answering Paragraph 3 of the Counterclaim, CMW denies each and every

14  allegation contained therein.  CMW is not a party to the contract(s) between Visa and Maritz from

15  which this dispute and the underlying action arises.

16                                       **PARTIES**

17       4.    Answering Paragraph 4 of the Counterclaim, CMW admits all the allegations

18  therein.

19       5.    Answering Paragraph 5 of the Counterclaim, CMW is without sufficient

20  knowledge or information to form belief as to the truth of the allegations contained in said

21  paragraph, and on that basis denies each and every allegation contained therein.

22       6.    Answering Paragraph 6 of the Counterclaim, CMW admits all the allegations

23  therein.

24       7.    Answering Paragraph 7 of the Counterclaim, CMW admits all the allegations

25  therein.

26       8.    Answering Paragraph 8 of the Counterclaim, CMW admits that it is a New Jersey

27  corporation having its principal place of business in Minnesota.  CMW admits that it engages in

28  the business of (among other things) providing and managing incentive reward programs and

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  services, including customer loyalty programs.  CMW admits that it is a direct competitor of

2  Maritz.  Except as so admitted, CMW denies all other allegations contained in Paragraph 8.

3  **JURISDICTION AND VENUE**

4  9.    Answering Paragraph 9 of the Counterclaim, CMW admits all the allegations

5  therein.

6  10.    Answering Paragraph 10 of the Counterclaim, CMW admits all the allegations

7  therein.

8  **BACKGROUND**

9  11.    Answering Paragraph 11 of the Counterclaim, CMW is without sufficient

10  knowledge or information to form belief as to the truth of the allegations contained in said

11  paragraph, and on that basis denies each and every allegation contained therein.  CMW is not a

12  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

13  action arises.

14  12.    Answering Paragraph 12 of the Counterclaim, CMW admits the allegation that

15  CMW was operating and maintaining Visa's Rewards Program in April 2006.  CMW admits that

16  it engages in the business of (among other things) providing and managing incentive reward

17  programs and services, including customer loyalty programs.  Except as so admitted, CMW

18  denies all other allegations contained in Paragraph 12.

19  13.    Answering Paragraph 13 of the Counterclaim, CMW is without sufficient

20  knowledge or information to form belief as to the truth of the allegations contained in said

21  paragraph, and on that basis denies each and every allegation contained therein.  CMW is not a

22  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

23  action arises.

24  14.    Answering Paragraph 14 of the Counterclaim, CMW is without sufficient

25  knowledge or information to form belief as to the truth of the allegations contained in said

26  paragraph, and on that basis denies each and every allegation contained therein.  CMW is not a

27  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

28  action arises.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200199.1                - 3 -

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

1    15.    Answering Paragraph 15 of the Counterclaim, CMW is without sufficient

2    knowledge or information to form belief as to the truth of the allegations contained in said

3    paragraph, and on that basis denies each and every allegation contained therein.  CMW is not a

4    party to the contract(s) between Visa and Maritz from which this dispute and the underlying

5    action arises.

6    16.    Answering Paragraph 16 of the Counterclaim, CMW is without sufficient

7    knowledge or information to form belief as to the truth of the allegations contained in said

8    paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

9    party to the contract(s) between Visa and Maritz from which this dispute and the underlying

10    action arises.

11    (a)    Answering Paragraph 16(a) of the Counterclaim, CMW is without

12    sufficient knowledge or information to form belief as to the truth of the

13    allegations contained in said paragraph, and on that basis denies each and

14    every allegation contained therein.  CMW was not a party to the contract(s)

15    between Visa and Maritz from which this dispute and the underlying action

16    arises.

17    (b)    Answering Paragraph 16(b) of the Counterclaim, CMW is without

18    sufficient knowledge or information to form belief as to the truth of the

19    allegations contained in said paragraph, and on that basis denies each and

20    every allegation contained therein.  CMW was not a party to the contract(s)

21    between Visa and Maritz from which this dispute and the underlying action

22    arises.

23    (c)    Answering Paragraph 16(c) of the Counterclaim, CMW is without

24    sufficient knowledge or information to form belief as to the truth of the

25    allegations contained in said paragraph, and on that basis denies each and

26    every allegation contained therein.  CMW was not a party to the contract(s)

27    between Visa and Maritz from which this dispute and the underlying action

28    arises.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

1

(d)    Answering Paragraph 16(d) of the Counterclaim, CMW is without

2    sufficient knowledge or information to form belief as to the truth of the

3    allegations contained in said paragraph, and on that basis denies each and

4    every allegation contained therein.  CMW was not a party to the contract(s)

5    between Visa and Maritz from which this dispute and the underlying action

6    arises.

7        17.    Answering Paragraph 17 of the Counterclaim, CMW is without sufficient

8    knowledge or information to form belief as to the truth of the allegations contained in said

9    paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

10   party to the contract(s) between Visa and Maritz from which this dispute and the underlying

11   action arises.

12       18.    Answering Paragraph 18 of the Counterclaim, CMW admits that it had an

13   agreement with Visa to assist Visa, upon Visa's reasonable requests, with the transition services

14   of the Program and various files needed by Visa, subject to, among other things, CMW's

15   intellectual property rights, confidential and proprietary trade secrets information.  CMW denies

16   that Maritz was an intended beneficiary under any agreement(s) between CMW and Visa.

17       19.    Answering Paragraph 19 of the Counterclaim, CMW denies the allegation that it

18   "knew [ ] that the information and files Carlson was supposed to provide were needed by Maritz

19   with respect to the Rewards Program project."  With respect to all other allegations contained in

20   Paragraph 19, CMW is without sufficient knowledge or information to form belief as to the truth

21   of said allegations, and on that basis denies them.  CMW was not a party to the contract(s)

22   between Visa and Maritz from which this dispute and the underlying action arises.

23       20.    Answering Paragraph 20 of the Counterclaim, CMW is without sufficient

24   knowledge or information to form belief as to the truth of the allegations contained in said

25   paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

26   party to the contract(s) between Visa and Maritz from which this dispute and the underlying

27   action arises.

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    21.    Answering Paragraph 21 of the Counterclaim, CMW is without sufficient

2    knowledge or information to form belief as to the truth of the allegations contained in said

3    paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

4    party to the contract(s) between Visa and Maritz from which this dispute and the underlying

5    action arises.

6    22.    Answering Paragraph 22 of the Counterclaim, CMW denies each and every

7    allegation contained therein.

8    23.    Answering Paragraph 23 of the Counterclaim, CMW is without sufficient

9    knowledge or information to form belief as to the truth of the allegations contained in said

10   paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

11   party to the contract(s) between Visa and Maritz from which this dispute and the underlying

12   action arises.

13   24.    Answering Paragraph 24 of the Counterclaim, CMW denies each and every

14   allegation contained therein.

15   25.    Answering Paragraph 25 of the Counterclaim, CMW denies the allegation that

16   CMW caused any delay or hindrance to "Maritz's performance of its obligations under the

17   Agreement."  CMW denies the allegation that it failed to provide information in a timely fashion

18   or that it provided inaccurate, incomplete or corrupt files or information.  With respect to all other

19   allegations contained in Paragraph 25, CMW is without sufficient knowledge or information to

20   form belief as to the truth of said allegations, and on that basis denies them.  CMW was not a

21   party to the contract(s) between Visa and Maritz from which this dispute and the underlying

22   action arises.

23   26.    Answering Paragraph 26 of the Counterclaim, CMW denies each and every

24   allegation contained therein.

25   27.    Answering Paragraph 27 of the Counterclaim, CMW denies the allegation that it

26   "fail[ed] to provide timely, complete, accurate and uncorrupted information and files."  CMW

27   denies the allegation that it "hindered [or] delayed…Maritz's performance of certain of its

28   obligations under the Agreement and caused Maritz to incur substantial costs and expenses."

1    With respect to all other allegations contained in Paragraph 27, CMW is without sufficient

2    knowledge or information to form belief as to the truth of said allegations, and on that basis

3    denies them.  CMW was not a party to the contract(s) between Visa and Maritz from which this

4    dispute and the underlying action arises.

5    (a)    Answering Paragraph 27(a) of the Counterclaim, CMW denies the

6           allegation that "Visa's failures were caused at least in part by Carlson's

7           failure to provide the necessary information."  As to all remaining

8           allegations contained in Paragraph 27(a), CMW is without sufficient

9           knowledge or information to form belief as to the truth of said allegations

10          and on that basis denies them.  CMW was not a party to the contract(s)

11          between Visa and Maritz from which this dispute and the underlying action

12          arises.

13   (b)    Answering Paragraph 27(b) of the Counterclaim, CMW denies the

14          allegation that "Visa's failure to provide complete and current Content

15          Guides to Maritz in a timely fashion were caused in part by Carlson."  As

16          to all remaining allegations contained in Paragraph 27(b), CMW is without

17          sufficient knowledge or information to form belief as to the truth of said

18          allegations and on that basis denies them.

19   (c)    Answering Paragraph 27(c) of the Counterclaim, CMW denies the

20          allegation that it caused any "fail[ure] to provide Maritz with the complete

21          and correct final conversion requirements in a timely fashion."  As to all

22          remaining allegations contained in Paragraph 27(c), CMW is without

23          sufficient knowledge or information to form belief as to the truth of said

24          allegations and on that basis denies them.

25   (d)    Answering Paragraph 27(d) of the Counterclaim, CMW denies the

26          allegation that it caused "Visa [to] twice missed deadlines for delivering

27          the first set of files to Maritz for conversion ('the Mock Conversion

28          Files')…[i]n late July and early August of 2006."  As to all remaining

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200199.1                                    - 7 -

1   allegations contained in Paragraph 27(d), CMW is without sufficient

2   knowledge or information to form belief as to the truth of said allegations

3   and on that basis denies them.

4   (e)   Answering Paragraph 27(e) of the Counterclaim, CMW is without

5   sufficient knowledge or information to form belief as to the truth of the

6   allegations contained in said paragraph, and on that basis denies each and

7   every allegation contained therein.

8   (f)   Answering Paragraph 27(f) of the Counterclaim, CMW is without

9   sufficient knowledge or information to form belief as to the truth of the

10  allegations contained in said paragraph, and on that basis denies each and

11  every allegation contained therein.

12  (g)   Answering Paragraph 27(g) of the Counterclaim, CMW is without

13  sufficient knowledge or information to form belief as to the truth of the

14  allegations contained in said paragraph, and on that basis denies each and

15  every allegation contained therein.

16  (h)   Answering Paragraph 27(h) of the Counterclaim, CMW is without

17  sufficient knowledge or information to form belief as to the truth of the

18  allegations contained in said paragraph, and on that basis denies each and

19  every allegation contained therein.  CMW was not a party to the contract(s)

20  between Visa and Maritz from which this dispute and the underlying action

21  arises.

22  (i)   Answering Paragraph 27(i) of the Counterclaim, CMW denies the

23  allegation that Carlson caused "Visa [to] often provide[ ] Maritz – both

24  directly and also indirectly through Carlson and/or the Visa member

25  financial institutions – with files and information containing the wrong

26  sequence numbers." As to all remaining allegations contained in Paragraph

27  27(i), CMW is without sufficient knowledge or information to form belief

28  as to the truth of said allegations and on that basis denies them.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

(j)   Answering Paragraph 27(j) of the Counterclaim, CMW is without sufficient knowledge or information to form belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

(k)   Answering Paragraph 27(k) of the Counterclaim, CMW denies the allegation that it "provided Maritz with information and files containing various mistakes, defects and problems."  CMW denies that it provided Maritz with parameter files that contained duplicate entries for the same account range.  CMW further denies the allegation that "the information provided to Maritz with respect to the issuer non-group parameters was not sufficient to enable Maritz to configure the parameters properly."  As to all remaining allegations contained in Paragraph 27(k), CMW is without sufficient knowledge or information to form belief as to the truth of said allegations and on that basis denies them.

(l)   Answering Paragraph 27(l) of the Counterclaim, CMW denies that the allegation that "[d]uring the November 2006 conversion process, thousands of the accounts that Maritz received from Carlson were in an inactive account range that had not been supplied to Maritz…resulted from errors caused by …Carlson."  As to all remaining allegations contained in Paragraph 27(l), CMW is without sufficient knowledge or information to form belief as to the truth of said allegations and on that basis denies them.

(m)   Answering Paragraph 27(m) of the Counterclaim, CMW denies that it provided Maritz with corrupt files from MoveIt in November 2006.  As to all remaining allegations contained in Paragraph 27(m), CMW is without sufficient knowledge or information to form belief as to the truth of said allegations and on that basis denies them.

(n)   Answering Paragraph 27(n) of the Counterclaim, CMW is without sufficient knowledge or information to form belief as to the truth of the

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    allegations contained in said paragraph, and on that basis denies each and

2    every allegation contained therein.

3    (o)    Answering Paragraph 27(o) of the Counterclaim, CMW denies each and

4    every allegation contained therein.

5    (p)    Answering Paragraph 27(p) of the Counterclaim, CMW is without

6    sufficient knowledge or information to form belief as to the truth of the

7    allegations contained in said paragraph, and on that basis denies each and

8    every allegation contained therein.

9    (q)    Answering Paragraph 27(q) of the Counterclaim, CMW denies each and

10    every allegation contained therein.

11    (r)    Answering Paragraph 27(r) of the Counterclaim, CMW is without

12    sufficient knowledge or information to form belief as to the truth of the

13    allegations contained in said paragraph, and on that basis denies each and

14    every allegation contained therein.

15    (s)    Answering Paragraph 27(s) of the Counterclaim, CMW is without

16    sufficient knowledge or information to form belief as to the truth of the

17    allegations contained in said paragraph, and on that basis denies each and

18    every allegation contained therein.

19    28.    Answering Paragraph 28 of the Counterclaim, CMW is without sufficient

20    knowledge or information to form belief as to the truth of the allegations contained in said

21    paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

22    party to the contract(s) between Visa and Maritz from which this dispute and the underlying

23    action arises.

24    29.    Answering Paragraph 29 of the Counterclaim, CMW is without sufficient

25    knowledge or information to form belief as to the truth of the allegations contained in said

26    paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

27    party to the contract(s) between Visa and Maritz from which this dispute and the underlying

28    action arises.

1    30.    Answering Paragraph 30 of the Counterclaim, CMW is without sufficient

2    knowledge or information to form belief as to the truth of the allegations contained in said

3    paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

4    party to the contract(s) between Visa and Maritz from which this dispute and the underlying

5    action arises.

6    31.    Answering Paragraph 31 of the Counterclaim, CMW is without sufficient

7    knowledge or information to form belief as to the truth of the allegations contained in said

8    paragraph, and on that basis denies each and every allegation contained therein.

9    32.    Answering Paragraph 32 of the Counterclaim, CMW is without sufficient

10   knowledge or information to form belief as to the truth of the allegations contained in said

11   paragraph, and on that basis denies each and every allegation contained therein.

12   33.    Answering Paragraph 33 of the Counterclaim, CMW is without sufficient

13   knowledge or information to form belief as to the truth of the allegations contained in said

14   paragraph, and on that basis denies each and every allegation contained therein.

15   34.    Answering Paragraph 34 of the Counterclaim, CMW denies the allegation

16   contained therein that it "fail[ed] to provide timely, complete and accurate information."  CMW

17   denies any allegation contained in Paragraph 34 that CMW somehow "impacted Maritz's efforts

18   to meet the target launch dates in 2006" or that CMW somehow "impeded Maritz's

19   performance."   As to all other allegations contained in Paragraph 34, CMW is without sufficient

20   knowledge or information to form belief as to their truth of the allegations, and on that basis

21   denies each and every allegation contained therein.

22   35.    Answering Paragraph 35 of the Counterclaim, CMW is without sufficient

23   knowledge or information to form belief as to the truth of the allegations contained in said

24   paragraph, and on that basis denies each and every allegation contained therein.

25   36.    Answering Paragraph 36 of the Counterclaim, CMW is without sufficient

26   knowledge or information to form belief as to the truth of the allegations contained in said

27   paragraph, and on that basis denies each and every allegation contained therein.

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200199.1                                    - 11 -

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

1    37.    Answering Paragraph 37 of the Counterclaim, CMW is without sufficient

2    knowledge or information to form belief as to the truth of the allegations contained in said

3    paragraph, and on that basis denies each and every allegation contained therein.

4    38.    Answering Paragraph 38 of the Counterclaim, CMW is without sufficient

5    knowledge or information to form belief as to the truth of the allegations contained in said

6    paragraph, and on that basis denies each and every allegation contained therein.

7    39.    Answering Paragraph 39 of the Counterclaim, CMW is without sufficient

8    knowledge or information to form belief as to the truth of the allegations contained in said

9    paragraph, and on that basis denies each and every allegation contained therein.

10    40.    Answering Paragraph 40 of the Counterclaim, CMW is without sufficient

11    knowledge or information to form belief as to the truth of the allegations contained in said

12    paragraph, and on that basis denies each and every allegation contained therein.

13    41.    Answering Paragraph 41 of the Counterclaim, CMW is without sufficient

14    knowledge or information to form belief as to the truth of the allegations contained in said

15    paragraph, and on that basis denies each and every allegation contained therein.

16    42.    Answering Paragraph 42 of the Counterclaim, CMW is without sufficient

17    knowledge or information to form belief as to the truth of the allegations contained in said

18    paragraph, and on that basis denies each and every allegation contained therein.

19    43.    Answering Paragraph 43 of the Counterclaim, CMW is without sufficient

20    knowledge or information to form belief as to the truth of the allegations contained in said

21    paragraph, and on that basis denies each and every allegation contained therein.

22    44.    Answering Paragraph 44 of the Counterclaim, CMW is without sufficient

23    knowledge or information to form belief as to the truth of the allegations contained in said

24    paragraph, and on that basis denies each and every allegation contained therein.

25    45.    Answering Paragraph 45 of the Counterclaim, CMW is without sufficient

26    knowledge or information to form belief as to the truth of the allegations contained in said

27    paragraph, and on that basis denies each and every allegation contained therein.

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200199.1                                    - 12 -

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1    46.    Answering Paragraph 46 of the Counterclaim, CMW denies the allegation that it

2  "caused [any of the] problems described above."  With respect to the remaining allegations in

3  Paragraph 46, CMW is without sufficient knowledge or information to form belief as to their

4  truth and on that basis denies said allegations.

5    47.    Answering Paragraph 47 of the Counterclaim, CMW admits that Visa had CMW

6  restart the website in December 2006 after Maritz failed to launch the site during the busy holiday

7  season.  Except as so admitted, CMW is without sufficient knowledge or information to form

8  belief as to the truth of the other allegations contained in said paragraph, and on that basis denies

9  them.

10    48.    Answering Paragraph 48 of the Counterclaim, CMW is without sufficient

11  knowledge or information to form belief as to the truth of the allegations contained in said

12  paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

13  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

14  action arises.

15    49.    Answering Paragraph 49 of the Counterclaim, CMW is without sufficient

16  knowledge or information to form belief as to the truth of the allegations contained in said

17  paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

18  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

19  action arises.

20    50.    Answering Paragraph 50 of the Counterclaim, CMW is without sufficient

21  knowledge or information to form belief as to the truth of the allegations contained in said

22  paragraph, and on that basis denies each and every allegation contained therein.

23    51.    Answering Paragraph 51 of the Counterclaim, CMW is without sufficient

24  knowledge or information to form belief as to the truth of the allegations contained in said

25  paragraph, and on that basis denies each and every allegation contained therein.

26    52.    Answering Paragraph 52 of the Counterclaim, CMW is without sufficient

27  knowledge or information to form belief as to the truth of the allegations contained in said

28  paragraph, and on that basis denies each and every allegation contained therein.

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

1          53.     Answering Paragraph 53 of the Counterclaim, CMW is without sufficient

2 knowledge or information to form belief as to the truth of the allegations contained in said

3 paragraph, and on that basis denies each and every allegation contained therein. CMW was not a

4 party to the contract(s) between Visa and Maritz from which this dispute and the underlying

5 action arises.

6          54.     Answering Paragraph 54 of the Counterclaim, CMW is without sufficient

7 knowledge or information to form belief as to the truth of the allegations contained in said

8 paragraph, and on that basis denies each and every allegation contained therein.

9          55.     Answering Paragraph 55 of the Counterclaim, CMW denies each and every

10 allegation contained therein.

11         56.     Answering Paragraph 56 of the Counterclaim, CMW denies each and every

12 allegation contained therein.

13         57.     Answering Paragraph 57 of the Counterclaim, CMW denies the allegation that it

14 caused any of "the problems" alleged. With respect to all other allegations contained in

15 Paragraph 57, CMW is without sufficient knowledge or information to form belief as to the truth

16 of the allegations contained in said paragraph, and on that basis denies each and every allegation

17 contained therein.

18         58.     Answering Paragraph 58 of the Counterclaim, CMW is without sufficient

19 knowledge or information to form belief as to the truth of the allegations contained in said

20 paragraph, and on that basis denies each and every allegation contained therein.

21         59.     Answering Paragraph 59 of the Counterclaim, CMW is without sufficient

22 knowledge or information to form belief as to the truth of the allegations contained in said

23 paragraph, and on that basis denies each and every allegation contained therein. CMW was not a

24 party to the contract(s) between Visa and Maritz from which this dispute and the underlying

25 action arises.

26         60.     Answering Paragraph 60 of the Counterclaim, CMW is without sufficient

27 knowledge or information to form belief as to the truth of the allegations contained in said

28 paragraph, and on that basis denies each and every allegation contained therein. CMW was not a

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

2  action arises.

3      61.    Answering Paragraph 61 of the Counterclaim, CMW is without sufficient

4  knowledge or information to form belief as to the truth of the allegations contained in said

5  paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

6  party to the contract(s) between Visa and Maritz from which this dispute and the underlying

7  action arises.

8      62.    Answering Paragraph 62 of the Counterclaim, CMW is without sufficient

9  knowledge or information to form belief as to the truth of the allegations contained in said

10  paragraph, and on that basis denies each and every allegation contained therein.

11      63.    Answering Paragraph 63 of the Counterclaim, CMW denies each and every

12  allegation contained therein.

13      64.    Answering Paragraph 64 of the Counterclaim, CMW is without sufficient

14  knowledge or information to form belief as to the truth of the allegations contained in said

15  paragraph, and on that basis denies each and every allegation contained therein.

16      65.    Answering Paragraph 65 of the Counterclaim, CMW is without sufficient

17  knowledge or information to form belief as to the truth of the allegations contained in said

18  paragraph, and on that basis denies each and every allegation contained therein.

19      66.    Answering Paragraph 66 of the Counterclaim, CMW denies the allegation that

20  "the delays, problems, failures and any related damages allegedly incurred by Visa were caused

21  by…Carlson."  With respect to all other allegations contain in Paragraph 66, CMW is without

22  sufficient knowledge or information to form belief as to the truth of these allegations, and on that

23  basis denies them.

24      67.    Answering Paragraph 67 of the Counterclaim, CMW is without sufficient

25  knowledge or information to form belief as to the truth of the allegations contained in said

26  paragraph, and on that basis denies each and every allegation contained therein.

27      68.    Answering Paragraph 68 of the Counterclaim, CMW is without sufficient

28  knowledge or information to form belief as to the truth of the allegations contained in said

1    paragraph, and on that basis denies each and every allegation contained therein.  CMW was not a

2    party to the contract(s) between Visa and Maritz from which this dispute and the underlying

3    action arises.

4                                    **COUNT VII**

5                        **(Breach of Contract; Third Party Beneficiary)**

6            69.    Answering Paragraph 134 of the Counterclaim, CMW incorporates its responses

7    and denials asserted in Paragraphs 1 through 68 above as though fully set forth herein.

8            70.    Answering Paragraph 135 of the Counterclaim, CMW denies each and every

9    allegation contained therein.  In addition, CMW denies that Maritz is entitled to the relief

10   requested in Paragraph 135 at page 39, lines 20 through 25, or any other relief.

11                                   **COUNT VIII**

12                                   **(Contribution)**

13           71.    Answering Paragraph 136 of the Counterclaim, CMW incorporates its responses

14   and denials asserted in Paragraphs 1 through 68 above as though fully set forth herein.

15           72.    Answering Paragraph 137 the Counterclaim, CMW is without sufficient

16   knowledge or information to form belief as to the truth of the allegations contained in said

17   paragraph, and on that basis denies each and every allegation contained therein.

18           73.    Answering Paragraph 138 of the Counterclaim, CMW denies each and every

19   allegation contained therein.

20           74.    Answering Paragraph 139 of the Counterclaim, CMW denies each and every

21   allegation contained therein.

22           75.    Answering Paragraph 140 of the Counterclaim, CMW denies each and every

23   allegation contained therein.

24           76.    Answering Paragraph 141 of the Counterclaim, CMW denies each and every

25   allegation contained therein.  In addition, CMW denies that Maritz is entitled to the relief

26   requested in Paragraph 141 at page 40, line 23 through page 41, line 4, or any other relief.

27           77.    CMW denies each and every allegation that is not expressly admitted herein.

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200199.1                          - 16 -

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

1    **AFFIRMATIVE DEFENSES**

2    As separate and affirmative defenses, and without admitting any of Counterclaim

3    Respondent's allegations or conceding the burden of proof as to any issue found to be an element

4    of any of Counterclaim Respondent's causes of action rather than an affirmative defense, CMW

5    alleges the following separate and independent affirmative defenses:

6    **FIRST AFFIRMATIVE DEFENSE**

7    **(Failure to State a Claim)**

8    1.    The Counterclaim, and each purported cause of action therein, fails to set forth

9    sufficient facts to state a claim or cause of action upon which relief may be granted against

10    CMW.

11    **SECOND AFFIRMATIVE DEFENE**

12    **(Lack of Standing)**

13    2.    The Counterclaim, in whole or in part, is barred because Maritz lacks standing in

14    which to assert any claims against CMW.

15    **THIRD AFFIRMATIVE DEFENSE**

16    **(Statute of Limitations)**

17    3.    Each of the purported causes of action set forth in the Counterclaim against CMW

18    is barred in whole or in part by the applicable statutes of limitations.

19    **FOURTH AFFIRMATIVE DEFENSE**

20    **(Estoppel)**

21    4.    All the purported causes of action against CMW are barred in whole or in part by

22    the doctrine of estoppel by reason of the conduct and actions of Maritz.

23    **FIFTH AFFIRMATIVE DEFENSE**

24    **(Comparative Fault)**

25    5.    Maritz's alleged damages, if any, were proximately caused by Maritz's own acts,

26    omissions, negligence, neglect or other wrongful acts and Maritz is thereby barred from recovery

27    thereon, or in the alternative, Maritz's alleged damages, if any, must be reduced by the amount or

28    percentage of its own contributory or comparative negligence, wrongful acts or omissions.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

## SIXTH AFFIRMATIVE DEFENSE

2

### (Superseding/Intervening Cause)

3      6.      Maritz's claims are barred, in whole or in part, to the extent that any injury or

4  damage sustained by Maritz (which CMW denies were sustained), said injury or damage was

5  caused in whole or in part by the conduct, negligent acts or omissions, and/or fault of Maritz or

6  others over whom CMW has no control, which conduct, acts or omissions, or fault were the

7  proximate cause or intervening or superseding causes of any injury or damage to Maritz.

8

## SEVENTH AFFIRMATIVE DEFENSE

9

### (Failure to Mitigate)

10      7.      Maritz's recovery , if any, should be precluded and reduced to the extent that any

11  such damages could have been avoided by reasonable efforts on their part to mitigate the same,

12  and to the extent that the failure of Plaintiff and/or purported members of the putative class to use

13  reasonable care to reduce, minimize, or otherwise mitigate their alleged damages.

14

## EIGHTH AFFIRMATIVE DEFENSE

15

### (Waiver)

16      8.      Maritz's claims against CMW are barred in whole or in part by waiver by reason

17  of Maritz's conduct and actions.

18

## NINTH AFFIRMATIVE DEFENSE

19

### (Reservation of Other Affirmative Defenses)

20      9.      CMW expressly and specifically reserves the right to amend this answer to add,

21  delete and/or modify affirmative defenses based upon legal theories, facts, and circumstances

22  which may or will be developed through discovery and/or through further legal analysis of

23  CMW's position in this litigation.

24

## PRAYER

25      WHEREFORE, CMW prays that Maritz takes nothing by reason of the Counterclaim, that

26  its claims be dismissed with prejudice, that judgment be entered in favor of CMW as to all of

27  Maritz's claims against CMW, and that CMW be awarded its costs and attorneys' fees in the

28  matter and such other relief as the Court deems proper.

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

## <u>DEMAND FOR JURY TRIAL</u>

CMW hereby demands a trial by jury on all issues triable to a jury.

DATED:  February 19, 2008

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:     /S/ Elizabeth D. Le
             Martin R. Lueck
             Elizabeth D. Le

*Attorneys for Counterclaim Respondent Carlson Marketing Worldwide, Inc., f/k/a Carlson Marketing Group, Inc.*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA 60200199.1

- 19 -

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

## CERTIFICATE OF SERVICE

2    Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **ANSWER OF**

3    **COUNTERCLAIM RESPONDENT CARLSON MARKETING WORLDWIDE, INC.,**

4    **F/K/A CARLSON MARKETING GROUP, INC., TO COUNTERCLAIM; DEMAND FOR**

5    **JURY TRIAL** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the

6    same to be placed in the United States Mail, postage prepaid, and sent to their last known address

7    as follows:

8

9    Ronald Stanley Katz, Esq.
     Ryan S. Hilbert, Esq.
10   Manatt, Phelps & Phillips LLP
     1001 Page Mill Road
11   Building 2
     Palo Alto, CA 94304-1006
12   *Attorneys for Defendant and Counterclaimant Maritz, Inc., d/b/a Maritz Loyalty Marketing*

13

14   Roderick Manley Thompson, Esq.
     Diego F. Acevedo, Esq.
15   Robert C. Holtzapple, Esq.
     Farella Braun & Martel LLP
16   235 Montgomery Street, 30th Fl.
     San Francisco, CA 94104
17   *Attorneys for Plaintiff and Counterclaim Respondent Visa U.S.A. Inc.*

18

19   Helen E. Dutton, Esq.
     Farella Braun & Martel LLP
20   235 Montgomery Street, 17th Fl.
     San Francisco, CA 94104
21   *Attorneys for Plaintiff and Counterclaim Respondent Visa U.S.A. Inc.*

22

23   Date: February 19, 2008         By:    /S/ Elizabeth D. Le
                                            ELIZABETH D. LE
24

25

26

27

28

LA 60200199.1                          - 20 -

ANSWER OF COUNTERCLAIM RESPONDENT
CARLSON MARKETING WORLDWIDE, INC., F/K/A
CARLSON MARKETING GROUP, INC.
[CV 07-05585 JSW]