Martin R. Lueck (MN Bar No.155548)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:     612-339-4181
E-mail:         mrlueck@rkmc.com

Elizabeth D. Le (CA Bar No. 216182)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800
E-mail:         edle@rkmc.com

Attorneys for Counterclaim Respondent
CARLSON MARKETING WORLDWIDE, INC.,
f/k/a CARLSON MARKETING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>             Plaintiff,<br><br>v.<br><br>MARITZ, INC., d/b/a MARITZ<br>LOYALTY MARKETING,<br><br>             Defendant. | Case No.  CV 07-05585 JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**COUNTERCLAIM RESPONDENT<br>CARLSON MARKETING WORLDWIDE,<br>INC., F/K/A CARLSON MARKETING<br>GROUP, INC.'S CERTIFICATE OF<br>INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. Cal. Local Rule 3-16] |
| MARITZ, INC., d/b/a MARITZ<br>LOYALTY MARKETING,<br><br>             Counterclaimant,<br><br>v.<br><br>VISA U.S.A. INC. and CARLSON<br>MARKETING GROUP, INC.<br><br>             Counterclaim Respondents. | |

*(Left vertical margin)* ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60153739.1

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding.

6    • Carlson Companies, Inc.

7

8    DATED: February 19, 2008                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

9

10                                               By:    /S/ Elizabeth D. Le
                                                        Martin R. Lueck
11                                                      Elizabeth D. Le

12                                               *Attorneys for Counterclaim Respondent Carlson
                                                 Marketing Worldwide, Inc., f/k/a Carlson
13                                               Marketing Group, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ROBINS, KAPLAN, MILLER & CIRESI L.L.P.*
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of **COUNTERCLAIM DEFENDANT RESPONDENT MARKETING WORLDWIDE GROUP, INC.'S, F/K/A CARLSON MARKETING GROUP, INC., CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** was served upon the parties below Fed. R. Civ. P. 5(b) by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Ronald Stanley Katz, Esq.
Ryan S. Hilbert, Esq.
Manatt, Phelps & Phillips LLP
1001 Page Mill Road
Building 2
Palo Alto, CA 94304-1006
*Attorneys for Defendant and Counterclaimant Maritz, Inc., d/b/a Maritz Loyalty Marketing*


Roderick Manley Thompson, Esq.
Diego F. Acevedo, Esq.
Robert C. Holtzapple, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 30th Fl.
San Francisco, CA 94104
*Attorneys for Plaintiff and Counterclaim Respondent Visa U.S.A. Inc.*


Helen E. Dutton, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Fl.
San Francisco, CA 94104
*Attorneys for Plaintiff and Counterclaim Respondent Visa U.S.A. Inc.*


Date: January 14, 2007                    By:  ___/S/ Elizabeth D. Le_____
                                                   ELIZABETH D. LE