1   Roderick M. Thompson (State Bar No. 96192)
       rthompson@fbm.com
2   Robert C. Holtzapple (State Bar No. 145954)
       bholtzapple@fbm.com
3   Helen Dutton (State Bar No. 235558)
       hdutton@fbm.com
4   Diego F. Acevedo (State Bar No. 244693)
       dacevedo@fbm.com
5   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
6   San Francisco, CA  94104
    Telephone:  (415) 954-4400
7   Facsimile:  (415) 954-4480

8   Attorneys for Plaintiff
    VISA U.S.A. INC.

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  VISA U.S.A. INC.,                     Case No. CV-07-5585 JSW

14              Plaintiff,                **STIPULATION AND ORDER
                                          CONTINUING CASE MANAGEMENT
15       vs.                              CONFERENCE**

16  MARITZ INC., d/b/a MARITZ
    LOYALTY MARKETING,
17
                Defendant.
18

19  AND RELATED COUNTERCLAIMS.

20

21          Plaintiff and Counter-Defendant Visa U.S.A. Inc. ("Visa"), Defendant and Counter-

22  Claimant Maritz Inc., d/b/a Maritz Loyalty Marketing ("Maritz") and Counter-Claim Respondent

23  Carlson Marketing Worldwide, Inc., formerly known as Carlson Marketing Group, Inc.,

24  erroneously sued as Carlson Marketing Group, Inc. ("Carlson") hereby stipulate by and between

25  their undersigned counsel as follows:

26          WHEREAS, the Case Management Conference for this matter is currently set for March

27  7, 2008;

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

21823\1455548.1

Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW

1    WHEREAS, Maritz has filed motions seeking orders that would both stay the arbitration

2    proceeding Visa began on November 2, 2007 (the "Arbitration") and allow Maritz to conduct

3    certain discovery regarding its claim that it was fraudulently induced to enter the July 9, 2007

4    Letter Agreement ("Maritz's Motions");

5    WHEREAS, Visa has filed a motion seeking an order staying this action pending the

6    outcome of the Arbitration ("Visa's Motion");

7    WHEREAS, Maritz's Motions and Visa's Motion are currently set for hearing on

8    February 22, 2008;

9    WHEREAS, the parties agree that the issues raised by Maritz's Motions and Visa's

10   Motion relate to whether or not the Arbitration or this action should proceed or be stayed, and the

11   parties agree that these motions must be resolved before the parties can efficiently and

12   productively discuss amongst themselves and with the Court issues related to the effective case

13   management of this action;

14   WHEREAS, the parties believe, therefore, that the Case Management Conference will be

15   more productive and efficient if held after the Court rules on Maritz's Motions and Visa's

16   Motion;

17   WHEREAS, this is the first request for a continuance of the Case Management

18   Conference;

19   NOW, THEREFORE, the parties STIPULATE through their respective attorneys of

20   record to request that the Case Management Conference be continued from March 7, 2008 to

21   either April 18, 2008 or April 25, 2008, and that all deadlines derived from the date of the Case

22   Management Conference be continued accordingly..

23   DATED:  February 20,  2008                    FARELLA BRAUN & MARTEL LLP

24

25                                                 By:   /s/ Roderick M. Thompson
                                                          Roderick M. Thompson

26                                                 Attorneys for Plaintiff and Counter-Defendant
                                                   VISA U.S.A. INC.

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

- 2 -                                    21823\1455548.1

Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW

1

DATED:  February 20, 2008                    MANATT, PHELPS & PHILLIPS LLP

2

3                                            By:  /s/ Ryan S. Hilbert
                                                  Ryan S. Hilbert
                                             Attorneys for Defendant and Counter-
4                                            Claimant Maritz Inc. d/b/a Maritz Loyalty
                                             Marketing
5

6

7   DATED:  February 20, 2008                ROBINS, KAPLAN, MILLER & CIRESI
                                             L.L.P.
8

9                                            By:  /s/ Elizabeth D. Le
                                                  Martin R. Lueck
10                                                 Elizabeth D. Le
                                             Attorneys for Counter-Claim Respondent
11                                           Carlson Marketing Worldwide, Inc., f/k/a
                                             Carlson Marketing Group, Inc.
12

13          PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management

14  Conference, and all related dates, in this matter are continued.  The Case Management

15  Conference shall be reset to April __, 2008.

16  Dated:  February ___, 2008

17                                           THE HONORABLE JEFFREY S. WHITE
                                             Judge of the United States District Court
18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

- 3 -                                    21823\1455548.1

Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW