Roderick M. Thompson (State Bar No. 96192)
  rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
  bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
  hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
  dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>              Plaintiff,<br><br>      vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>              Defendant. | Case No. CV-07-5585 JSW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counter-Defendant Visa U.S.A. Inc. ("Visa"), Defendant and Counter-Claimant Maritz Inc., d/b/a Maritz Loyalty Marketing ("Maritz") and Counter-Claim Respondent Carlson Marketing Worldwide, Inc., formerly known as Carlson Marketing Group, Inc., erroneously sued as Carlson Marketing Group, Inc. ("Carlson") hereby stipulate by and between their undersigned counsel as follows:

WHEREAS, the Case Management Conference for this matter is currently set for March 7, 2008;

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

21823\1455548.1

Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW

1  WHEREAS, Maritz has filed motions seeking orders that would both stay the arbitration
2  proceeding Visa began on November 2, 2007 (the "Arbitration") and allow Maritz to conduct
3  certain discovery regarding its claim that it was fraudulently induced to enter the July 9, 2007
4  Letter Agreement ("Maritz's Motions");

5  WHEREAS, Visa has filed a motion seeking an order staying this action pending the
6  outcome of the Arbitration ("Visa's Motion");

7  WHEREAS, Maritz's Motions and Visa's Motion are currently set for hearing on
8  February 22, 2008;

9  WHEREAS, the parties agree that the issues raised by Maritz's Motions and Visa's
10 Motion relate to whether or not the Arbitration or this action should proceed or be stayed, and the
11 parties agree that these motions must be resolved before the parties can efficiently and
12 productively discuss amongst themselves and with the Court issues related to the effective case
13 management of this action;

14 WHEREAS, the parties believe, therefore, that the Case Management Conference will be
15 more productive and efficient if held after the Court rules on Maritz's Motions and Visa's
16 Motion;

17 WHEREAS, this is the first request for a continuance of the Case Management
18 Conference;

19 NOW, THEREFORE, the parties STIPULATE through their respective attorneys of
20 record to request that the Case Management Conference be continued from March 7, 2008 to
21 either April 18, 2008 or April 25, 2008, and that all deadlines derived from the date of the Case
22 Management Conference be continued accordingly..

DATED: February 20, 2008                    FARELLA BRAUN & MARTEL LLP

                                            By:  /s/ Roderick M. Thompson
                                                 Roderick M. Thompson

                                            Attorneys for Plaintiff and Counter-Defendant
                                            VISA U.S.A. INC.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

- 2 -                                                                  21823\1455548.1

Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW

| | | |
|---|---|---|
| 1 | DATED: February 20, 2008 | MANATT, PHELPS & PHILLIPS LLP |

By:  /s/ Ryan S. Hilbert
    Ryan S. Hilbert
Attorneys for Defendant and Counter-Claimant Maritz Inc. d/b/a Maritz Loyalty Marketing

DATED: February 20, 2008        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:  /s/ Elizabeth D. Le
    Martin R. Lueck
    Elizabeth D. Le
Attorneys for Counter-Claim Respondent Carlson Marketing Worldwide, Inc., f/k/a Carlson Marketing Group, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference, and all related dates, in this matter are continued. The Case Management Conference shall be reset to April 25, 2008. at 1:30 p.m.

Dated: February 20 , 2008

_____
THE HONORABLE JEFFREY S. WHITE
Judge of the United States District Court

IT IS SO ORDERED
/s/ Jeffrey S. White
Judge Jeffrey S. White

- 3 -    21823\1455548.1
Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400