Roderick M. Thompson (State Bar No. 96192)
 rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
 bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
 hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
 dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VISA U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARITZ INC., d/b/a MARITZ LOYALTY MARKETING, <br><br> Defendant. | Case No. CV-07-5585 JSW <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counter-Defendant Visa U.S.A. Inc. ("Visa"), Defendant and Counter-Claimant Maritz Inc., d/b/a Maritz Loyalty Marketing ("Maritz") and Counter-Claim Respondent Carlson Marketing Worldwide, Inc., formerly known as Carlson Marketing Group, Inc., erroneously sued as Carlson Marketing Group, Inc. ("Carlson") hereby stipulate by and between their undersigned counsel as follows:

WHEREAS, the Case Management Conference for this matter is currently set for March 7, 2008;

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

21823\1455548.1

Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW

WHEREAS, Maritz has filed motions seeking orders that would both stay the arbitration proceeding Visa began on November 2, 2007 (the "Arbitration") and allow Maritz to conduct certain discovery regarding its claim that it was fraudulently induced to enter the July 9, 2007 Letter Agreement ("Maritz's Motions");

WHEREAS, Visa has filed a motion seeking an order staying this action pending the outcome of the Arbitration ("Visa's Motion");

WHEREAS, Maritz's Motions and Visa's Motion are currently set for hearing on February 22, 2008;

WHEREAS, the parties agree that the issues raised by Maritz's Motions and Visa's Motion relate to whether or not the Arbitration or this action should proceed or be stayed, and the parties agree that these motions must be resolved before the parties can efficiently and productively discuss amongst themselves and with the Court issues related to the effective case management of this action;

WHEREAS, the parties believe, therefore, that the Case Management Conference will be more productive and efficient if held after the Court rules on Maritz's Motions and Visa's Motion;

WHEREAS, this is the first request for a continuance of the Case Management Conference;

NOW, THEREFORE, the parties STIPULATE through their respective attorneys of record to request that the Case Management Conference be continued from March 7, 2008 to either April 18, 2008 or April 25, 2008, and that all deadlines derived from the date of the Case Management Conference be continued accordingly..

DATED: February 20, 2008   FARELLA BRAUN & MARTEL LLP

By: /s/ Roderick M. Thompson
    Roderick M. Thompson

Attorneys for Plaintiff and Counter-Defendant
VISA U.S.A. INC.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

| | |
|---|---|
| DATED: February 20, 2008 | MANATT, PHELPS & PHILLIPS LLP |
| | By: /s/ Ryan S. Hilbert |
| | Ryan S. Hilbert |
| | Attorneys for Defendant and Counter-Claimant Maritz Inc. d/b/a Maritz Loyalty Marketing |
| DATED: February 20, 2008 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | By: /s/ Elizabeth D. Le |
| | Martin R. Lueck |
| | Elizabeth D. Le |
| | Attorneys for Counter-Claim Respondent Carlson Marketing Worldwide, Inc., f/k/a Carlson Marketing Group, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference, and all related dates, in this matter are continued. The Case Management Conference shall be reset to April 25, 2008. at 1:30 p.m.

Dated: February 20 , 2008

THE HONORABLE ___ WHITE
Judge of ___ Court

IT IS SO ORDERED
Judge Jeffrey S. White

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

- 3 -    21823\1455548.1

Stipulation Requesting that Case Management Conference be Continued – Case No. CV-07-5585 JSW