**FARELLA BRAUN + MARTEL LLP**
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

**RODERICK M. THOMPSON**
rthompson@fbm.com
D 415.954.4445

February 21, 2008

*Via E-filing*

      Re:    <u>Visa USA, inc. v. Maritz, Inc.,</u> No. C 07-05585 JSW

Dear Judge White:

      Pursuant to the Court's February 21, 2008 Notice of Tentative Ruling and Questions, Visa U.S.A., Inc. ("Visa") submits the following additional authority: *Santana Row Hotel Partners, LP v. Zurich Am. Ins. Co.*, 2007 WL 4754772 at * 10-12 (N.D.Cal. Sept. 13, 2007). For ease of reference, a copy is attached.

      Respectfully submitted,

      */s/ Roderick M. Thompson*

      Roderick M. Thompson

cc:    All counsel (via ECF)

Attach.

RMT:avd

21823\1457320.1