Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Robert C. Holtzapple (State Bar No. 145954)
bholtzapple@fbm.com
Helen Dutton (State Bar No. 235558)
hdutton@fbm.com
Diego F. Acevedo (State Bar No. 244693)
dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff and
Counterclaim Respondent
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>　　　　Defendant. | Case No. CV-07-5585 JSW<br><br>**APPENDIX OF NON-FEDERAL AUTHORITIES CITED IN VISA USA INC.'S MOTION TO DISMISS MARITZ'S FRAUD COUNTERCLAIMS**<br><br>Date:　　April 11, 2008<br>Time:　　9:00 a.m.<br>Courtroom: 2 (17th Floor)<br>Hon. Jeffrey S. White |
| MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>VISA U.S.A. INC. and CARLSON MARKETING GROUP, INC.,<br><br>　　　　Counterclaim Respondents. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

APPENDIX OF AUTHORITIES CITED IN VISA'S
MOTION TO DISMISS FRAUD COUNTERCLAIMS
CV-07-5585 JSW

21823\1457049.1

## TABLE OF UNPUBLISHED FEDERAL CASES

**TAB**

*In re Herbalife Securities Litig.*,
    1996 U.S. Dist. LEXIS 11484 (C.D. Cal. 1996) ............................................................ A

*Optovue Corp. v. Carl Zeiss Meditec, Inc.*,
    2007 WL 2406885 (N.D. Cal. Aug. 20, 2007) .............................................................. B

## TABLE OF STATE CASES

**TAB**

*Brownlee v. Vang*,
    235 Cal. App. 2d 465 (1965) ....................................................................................... C

*Moe v. Transamerica Title Ins. Co.*,
    21 Cal. App. 3d 289 (1971) ......................................................................................... D

*People v. Highland Fed. Sav. & Loan*,
    14 Cal. App. 4th 1692 (1993) ...................................................................................... E

DATED: February 21, 2008                      Respectfully submitted,

                                                FARELLA BRAUN & MARTEL LLP

                                                By:    /s/ Roderick M. Thompson
                                                           Roderick M. Thompson

                                                Attorneys for Plaintiff and
                                                Counterclaim Respondent
                                                VISA U.S.A. INC.

235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPENDIX OF AUTHORITIES CITED IN VISA'S
MOTION TO DISMISS FRAUD COUNTERCLAIMS    2
CV-07-5585 JSW

21823\1457049.1