UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: February 22, 2008    JUDGE: Jeffrey S. White

Case No: C-07-5585 JSW

Case Name:   UNITED STATES   v.   VISA USA Inc. v. Maritz, Inc.

Attorney for Plaintiff:    Roderick Thompson, Robert Holtzapple, Susan Whitecotton
Attorney for Defendant:    Ronald Katz, Ryan Hilbert
Attorney for Respondent: Martin Lueck

Deputy Clerk: Frank Justiliano    Court Reporter: Kathy Wyatt

PROCEEDINGS

Motion hearing held on:
    1) Motion to Stay Action
    2) Motion to Compel Arbitration
    3) Motion re Discovery

Matter Submitted.   The Court to prepare an order.

cc: chambers