1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    VISA USA INC,

10            Plaintiff,                          No. 07-05585 JSW

11     v.                                **ORDER REQUIRING JOINT
                                         STATUS REPORTS**
12   MARITZ, INC.,

13            Defendant.
     _____/

14

15          On March 18, 2008, the Court stayed this action in favor of arbitration.  The Court

16   HEREBY ORDERS the parties to submit a joint status report to the Court by no later than

17   October 31, 2008, advising the Court of the status of the arbitration.  The parties shall file joint

18   status reports every 120 days thereafter until the stay is lifted.

19          **IT IS SO ORDERED.**

20

21   Dated: October 21, 2008

22                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

**United States District Court**
For the Northern District of California