Case3:07-cv-05585-JSW Document96 Filed06/10/09 Page1 of 2

Clerk's Use Only

Initial for fee pd.:



Erik Casey Beckett (MN Bar No.0388214)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
E-mail:   ecbeckett@rkmc.com



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., | Case No. CV 07-05585 JSW |
| Plaintiff, | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| MARITZ, INC., d/b/a MARITZ LOYALTY MARKETING, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Civil L.R. 11-3, Erik Casey Beckett, an active member in good standing of the bar of the State of Minnesota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Carlson Marketing Worldwide, Inc., f/k/a Carlson Marketing Group, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

1  2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rule and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Elizabeth D. Le

    Robins, Kaplan, Miller & Ciresi L.L.P.

    2049 Century Park East, Suite 3400

    Los Angeles, CA 90067

    Telephone: (310) 552-0130

    Facsimile: (310) 229-5800

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 3, 2009          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
    Erik Casey Beckett