IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLSON MARKETING GROUP, INC.,<br><br>    Defendant.<br>_____/ | No. C 07-05585 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADINGS** |

    This matter is set for a hearing on August 28, 2009 on Defendant's motion for judgment on the pleadings. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 21, 2009 and a reply brief shall be filed by no later than July 29, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 6, 2009

                                           JEFFREY S. WHITE<br>
                                           UNITED STATES DISTRICT JUDGE