MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail:  rkatz@manatt.com
EUGENE HAHM (Bar No. CA 167596)
E-mail:  ehahm@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail:  rhilbert@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Plaintiff
MARITZ INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARITZ INC., d/b/a MARITZ LOYALTY MARKETING,<br><br>        Plaintiff,<br>   v.<br><br>CARLSON MARKETING GROUP, INC.<br><br>        Defendant. | Civil Action No. C 07-05585 JSW<br><br>STATEMENT OF RECENT DECISION REGARDING MOTION FOR JUDGMENT ON THE PLEADINGS OF CARLSON MARKETING GROUP, INC.<br><br>DATE:     Friday, October 30, 2009<br>TIME:     9:00 a.m.<br>PLACE:   Courtroom 11, 19th Floor<br>JUDGE:   Hon. Jeffrey S. White |

1  Pursuant to Local Rule 7-3(d), Plaintiff Maritz Inc. ("Maritz") hereby notifies the Court of
2  the following recent judicial decision relevant to the motion for judgment on the pleadings
3  ("Motion") of Carlson Marketing Group, Inc. ("Carlson"): *al-Kidd v. Ashcroft*, 580 F.3d 949,
4  963, 976-77 (9th Cir. Sep. 4, 2009). A copy of this decision, which was issued after Maritz filed
5  its opposition to Carlson's Motion on July 21, 2009, is attached hereto as Exhibit A.

7  Dated: October 23, 2009            Respectfully submitted,

9                                     MANATT, PHELPS & PHILLIPS, LLP

11                                    By:  /s/ Ronald S. Katz
                                          Ronald S. Katz (SBN 085713)
12                                        Eugene Hahm (SBN 167596)
                                          Ryan S. Hilbert (SBN 210549)
13                                        MANATT, PHELPS & PHILLIPS, LLP
                                          1001 Page Mill Road, Building 2
14                                        Palo Alto, CA 94304-1006
                                          Telephone:     (650) 812-1300
15                                        Facsimile:     (650) 213-0260
                                          *Attorneys for Maritz Inc.*