IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA USA, INC., | |
| Plaintiff, | No. C 07-05585 JSW |
| v. | **ORDER VACATING HEARING** |
| MARITZ INC., d/b/a MARITZ LOYALTY MARKETING, | |
| Defendant. | |
| _____/ | |

This matter comes before the Court upon consideration of the motion of Carlson Marketing Worldwide, Inc. f/k/a Carlson Marketing Group, Inc. ("Carlson") for judgment on the pleadings. Having considered the parties' papers, relevant legal authority, and the record in this case, the Court finds the motion suitable for resolution without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing date of October 30, 2009 is HEREBY VACATED, and the Court shall issue an Order in due course.

**IT IS SO ORDERED.**

Dated: October 29, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE