IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARITZ INC. d/b/a MARITZ LOYALTY MARKETING,

    Plaintiff,

v.

CARLSON MARKETING GROUP, INC.,

    Defendant.

No. C 07-05585 JSW

**JUDGMENT**

Pursuant to the Court's Order of this date granting Defendant's motion for judgment on the pleadings, judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 30, 2009

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE